# United States District Court



FOR THE

RN DISTRICT OF CALIFORNIA

**FILED**

IN OCT 16 P 2: 04

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

# CR  14   527

## RS

ALLEN FONG et al.,

DEFENDANT(S).

---

# INDICTMENT

VIOLATIONS: Title 18, United States Code, Section 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (one count); Title 18, United States Code, Sections 371 & 1952(a)(3) - Conspiracy to Use Facility in Interstate and Foreign Commerce to Promote Prostitution) (one count); Title 18, United States Code, Sections 1952(a)(3) and 2 - Use of Facility in Interstate  Commerce to Promote Prostitution (eleven counts); Title 18, United States Code, Sections 1956(h) & 1956(a)(1)(A)(i) - Conspiracy to Launder Monetary Instruments) (one count); Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 - Laundering Monetary Instruments (nine counts); Title 18, United States Code, Section 1956(h) & 1956(a)(2)(A) - Conspiracy to Transport Funds to Promote Unlawful Activity (one count); Title 18, United States Code, Sections 1956(a)(2)(A) and 2 – Transporting Funds to Promote Unlawful Activity (seven counts); Title 18, United States Code, Section 371, Title 18, United States Code, Section 2421, & Title 8, United States Code, Section 1328 - Conspiracy to Transport for Prostitution and Importation of Alien for Immoral Purpose  (one count); Title 18, United States Code, Sections 981, 982, 1963, and 2428, and Title 28, United States Code, Section 2461 - Forfeiture Allegations

---

A true bill.

*Nancy J. Peterson*
_____ Foreman

Filed in open court this ___16th___ day of

___October 2014___

*Stephen Ybarra*
_____ Clerk

Bail, $ _No bail arrest warrant as to each defendant_

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
2014 OCT 16 B 2 38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───

SEE ATTACHMENT; COUNTS ONE THROUGH

☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

─── DEFENDANT - U.S. ───

ALLEN FONG

**DISTRICT COURT NUMBER**

CR 14 527 ⊞

RS

─── DEFENDANT ───

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

ICE/HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   **SHOW DOCKET NO.**
  ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant   **MAGISTRATE CASE NO.**

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEBORAH R. DOUGLAS

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  If "Yes" give date filed
  ☐ No

**DATE OF ARREST**   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
  ☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
  ☐ Arraignment   ☐ Initial Appearance
  Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## ATTACHMENT: MAXIMUM STATUTORY PENALTIES

COUNT ONE:

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE,

KEVIN HARTIG,

WAYLEN FONG,

ANGELINA CHUONG, and

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana")

VIOLATION:    Title 18, United States Code, Section 1962(d) – Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

PENALTY:    20 years imprisonment
3 years supervised release
$250,000 fine, or twice the gross profits or other proceeds, whichever is greater
$100 special assessment

COUNT TWO:

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE, and

1

YA HUAI HUNG

VIOLATIONS:        Title 18, United States Code, Sections 371 and 1952(a)(3) – Conspiracy to
                   Use Facility in Interstate and Foreign Commerce to Promote Prostitution

PENALTY:           5 years imprisonment
                   3 years supervised release
                   $250,000 fine
                   $100 special assessment

COUNTS THREE THROUGH THIRTEEN:

DEFENDANT:         ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto,"  a/k/a "John
                   Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                   Law," and a/k/a "Jeff Woo")

VIOLATIONS:        Title 18, United States Code, Sections 1952(a)(3) and 2 – Use of Facility
                   in Interstate Commerce to Promote Prostitution

PENALTY:           5 years imprisonment
                   3 years supervised release
                   $250,000 fine
                   $100 special assessment

COUNT FOURTEEN:

DEFENDANTS:        ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto,"  a/k/a "John
                   Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                   Law," and a/k/a "Jeff Woo"),

                   YA HUAI HUNG,

                   WAYLEN FONG,

                   KEVIN HARTIG,

                   ROBERT CHUN, and

                   ANGELINA CHUONG

VIOLATIONS:        Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i) –
                   Conspiracy to Launder Monetary Instruments

PENALTY:           20 years imprisonment
                   3 years supervised release
                   $500,000 fine or twice the value of the monetary instrument or funds
                   involved in the transmission or transfer, whichever is greater
                   $100 special assessment

2

## COUNTS FIFTEEN THROUGH TWENTY-THREE:

DEFENDANT:  ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")

VIOLATIONS:  Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 – Laundering Monetary Instruments

PENALTY:  20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
$100 special assessment

## COUNT TWENTY-FOUR:

DEFENDANTS:  ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"),

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"), and

JIE MU (a/k/a "Jane")

VIOLATIONS:  Title 18, United States Code, Sections 1956(h) & 1956(a)(2)(A) – Conspiracy to Transport Funds to Promote Unlawful Activity

PENALTY:  20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
$100 special assessment

## COUNTS TWENTY-FIVE THROUGH THIRTY-ONE:

DEFENDANTS:  ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG, and

LEOW WAN RU VERON (a/k/a "Brisa")

VIOLATIONS:  Title 18, United States Code, Sections 1956(a)(2)(A) and 2 – Transportation of Funds to Promote Unlawful Activity

3

PENALTY:        20 years imprisonment
                3 years supervised release
                $500,000 fine or twice the value of the monetary instrument or funds
                involved in the transmission or transfer, whichever is greater
                $100 special assessment

## COUNT THIRTY-TWO:

DEFENDANTS:     ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
                Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                Law," and a/k/a "Jeff Woo"),

                YA HUAI HUNG,

                LEOW WAN RU VERON (a/k/a "Brisa"), and

                JIE MU (a/k/a "Jane")

VIOLATIONS:     Title 18, United States Code, Sections 371 & 2421, and Title 8, United
                States Code, Section 1328 – Conspiracy to Transport for Prostitution and
                Importation of Alien for Immoral Purpose

PENALTY:        10 years imprisonment
                3 years supervised release
                $250,000 fine
                $100 special assessment

## COUNTS APPLICABLE TO EACH DEFENDANT

ALLEN FONG (a/k/a "Steve Nguyen,"a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a
"David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")
[*COUNTS ONE THROUGH THIRTY-TWO*]

YA HUAI HUNG [*COUNTS ONE, TWO, FOURTEEN, & TWENTY-FOUR THROUGH
THIRTY-TWO*]

LEOW WAN RU VERON (a/k/a "Brisa") [*COUNTS ONE, TWO, & TWENTY-FOUR
THROUGH THIRTY-TWO*]

ROBERT CHUN [*COUNTS ONE, TWO, & FOURTEEN*]

JIE MU (a/k/a "Jane") [*COUNTS ONE, TWO, TWENTY-FOUR, & THIRTY-TWO*]

LAURENCE SHU KWAN LEE [*COUNTS ONE & TWO*]

KEVIN HARTIG [*COUNTS ONE & FOURTEEN*]

WAYLEN FONG [*COUNTS ONE & FOURTEEN*]

4

ANGELINA CHUONG [*COUNTS ONE & FOURTEEN*]

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana") [*COUNTS ONE & TWENTY-FOUR*]

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

SEE ATTACHMENT; COUNTS ONE, TWO, FOURTEEN, & TWENTY-FOUR THROUGH THIRTY-TWO

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: SEE ATTACHMENT

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

ICE/HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    **SHOW DOCKET NO.**
☐ U.S. ATTORNEY  ☐ DEFENSE }

☐ this prosecution relates to a pending case involving this same defendant    **MAGISTRATE CASE NO.**

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form ____ MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    DEBORAH R. DOUGLAS

Name of District Court, and/or Judge/Magistrate Location ____

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── **DEFENDANT - U.S** ───

YA HUAI HUNG
                                                    ⊞

DISTRICT COURT NUMBER

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
     summons was served on above charges ▸____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction }
6) ☐ Awaiting trial on other charges    ☐ Federal ☐ State
     If answer to (6) is "Yes", show name of institution
____

Has detainer ☐ Yes   If "Yes"
been filed?  ☐ No    give date
                     filed  ____

**DATE OF ARREST**    Month/Day/Year ▸____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▸    Month/Day/Year ____

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

____

Comments:

Bail Amount: No Bail

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ____    Before Judge: ____

## ATTACHMENT: MAXIMUM STATUTORY PENALTIES

### COUNT ONE:

DEFENDANTS:  ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE,

KEVIN HARTIG,

WAYLEN FONG,

ANGELINA CHUONG, and

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana")

VIOLATION:  Title 18, United States Code, Section 1962(d) – Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

PENALTY:  20 years imprisonment
3 years supervised release
$250,000 fine, or twice the gross profits or other proceeds, whichever is greater
$100 special assessment

### COUNT TWO:

DEFENDANTS:  ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE, and

1

YA HUAI HUNG

VIOLATIONS: Title 18, United States Code, Sections 371 and 1952(a)(3) – Conspiracy to Use Facility in Interstate and Foreign Commerce to Promote Prostitution

PENALTY: 5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

## COUNTS THREE THROUGH THIRTEEN:

DEFENDANT: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")

VIOLATIONS: Title 18, United States Code, Sections 1952(a)(3) and 2 – Use of Facility in Interstate Commerce to Promote Prostitution

PENALTY: 5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

## COUNT FOURTEEN:

DEFENDANTS: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

WAYLEN FONG,

KEVIN HARTIG,

ROBERT CHUN, and

ANGELINA CHUONG

VIOLATIONS: Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i) – Conspiracy to Launder Monetary Instruments

PENALTY: 20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
$100 special assessment

## COUNTS FIFTEEN THROUGH TWENTY-THREE:

DEFENDANT:       ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
                 Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                 Law," and a/k/a "Jeff Woo")

VIOLATIONS:      Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 –
                 Laundering Monetary Instruments

PENALTY:         20 years imprisonment
                 3 years supervised release
                 $500,000 fine or twice the value of the monetary instrument or funds
                 involved in the transmission or transfer, whichever is greater
                 $100 special assessment

## COUNT TWENTY-FOUR:

DEFENDANTS:      ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
                 Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                 Law," and a/k/a "Jeff Woo"),

                 YA HUAI HUNG,

                 LEOW WAN RU VERON (a/k/a "Brisa"),

                 CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"), and

                 JIE MU (a/k/a "Jane")

VIOLATIONS:      Title 18, United States Code, Sections 1956(h) & 1956(a)(2)(A) –
                 Conspiracy to Transport Funds to Promote Unlawful Activity

PENALTY:         20 years imprisonment
                 3 years supervised release
                 $500,000 fine or twice the value of the monetary instrument or funds
                 involved in the transmission or transfer, whichever is greater
                 $100 special assessment

## COUNTS TWENTY-FIVE THROUGH THIRTY-ONE:

DEFENDANTS:      ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
                 Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                 Law," and a/k/a "Jeff Woo"),

                 YA HUAI HUNG, and

                 LEOW WAN RU VERON (a/k/a "Brisa")

VIOLATIONS:      Title 18, United States Code, Sections 1956(a)(2)(A) and 2 –
                 Transportation of Funds to Promote Unlawful Activity

3

PENALTY:        20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
$100 special assessment

## COUNT THIRTY-TWO:

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"), and

JIE MU (a/k/a "Jane")

VIOLATIONS:    Title 18, United States Code, Sections 371 & 2421, and Title 8, United States Code, Section 1328 – Conspiracy to Transport for Prostitution and Importation of Alien for Immoral Purpose

PENALTY:        10 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

## COUNTS APPLICABLE TO EACH DEFENDANT

ALLEN FONG (a/k/a "Steve Nguyen,"a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo") [*COUNTS ONE THROUGH THIRTY-TWO*]

YA HUAI HUNG [*COUNTS ONE, TWO, FOURTEEN, & TWENTY-FOUR THROUGH THIRTY-TWO*]

LEOW WAN RU VERON (a/k/a "Brisa") [*COUNTS ONE, TWO, & TWENTY-FOUR THROUGH THIRTY-TWO*]

ROBERT CHUN [*COUNTS ONE, TWO, & FOURTEEN*]

JIE MU (a/k/a "Jane") [*COUNTS ONE, TWO, TWENTY-FOUR, & THIRTY-TWO*]

LAURENCE SHU KWAN LEE [*COUNTS ONE & TWO*]

KEVIN HARTIG [*COUNTS ONE & FOURTEEN*]

WAYLEN FONG [*COUNTS ONE & FOURTEEN*]

4

ANGELINA CHUONG [*COUNTS ONE & FOURTEEN*]

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana") [*COUNTS ONE & TWENTY-FOUR*]

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

──── OFFENSE CHARGED ────

SEE ATTACHMENT; COUNTS ONE, TWO, & TWENTY-FOUR THROUGH THIRTY-TWO

☐ Petty

☐ Minor

☐ Misde-meanor

☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

── DEFENDANT - U.S ──
LEOW WAN RU VERON
＋

DISTRICT COURT NUMBER

──────── DEFENDANT ────────

──── PROCEEDING ────

Name of Complaintant Agency, or Person (& Title, if any)

ICE/HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form ____ MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned) ____ DEBORAH R. DOUGLAS

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▼____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes
been filed? ☐ No
} If "Yes"
give date
filed ____

DATE OF ▼ Month/Day/Year
ARREST ____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▼ Month/Day/Year
TO U.S. CUSTODY ____

☐ This report amends AO 257 previously submitted

──── ADDITIONAL INFORMATION OR COMMENTS ────

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT      Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: ____ Before Judge: ____

Comments:

## ATTACHMENT: MAXIMUM STATUTORY PENALTIES

### COUNT ONE:

DEFENDANTS:   ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE,

KEVIN HARTIG,

WAYLEN FONG,

ANGELINA CHUONG, and

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana")

VIOLATION:   Title 18, United States Code, Section 1962(d) – Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

PENALTY:   20 years imprisonment
3 years supervised release
$250,000 fine, or twice the gross profits or other proceeds, whichever is greater
$100 special assessment

### COUNT TWO:

DEFENDANTS:   ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE, and

1

YA HUAI HUNG

VIOLATIONS: Title 18, United States Code, Sections 371 and 1952(a)(3) – Conspiracy to Use Facility in Interstate and Foreign Commerce to Promote Prostitution

PENALTY: 5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

## COUNTS THREE THROUGH THIRTEEN:

DEFENDANT: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")

VIOLATIONS: Title 18, United States Code, Sections 1952(a)(3) and 2 – Use of Facility in Interstate Commerce to Promote Prostitution

PENALTY: 5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

## COUNT FOURTEEN:

DEFENDANTS: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

WAYLEN FONG,

KEVIN HARTIG,

ROBERT CHUN, and

ANGELINA CHUONG

VIOLATIONS: Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i) – Conspiracy to Launder Monetary Instruments

PENALTY: 20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
$100 special assessment

2

•

## COUNTS FIFTEEN THROUGH TWENTY-THREE:

DEFENDANT:         ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto,"  a/k/a "John
                   Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                   Law," and a/k/a "Jeff Woo")

VIOLATIONS:        Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 –
                   Laundering Monetary Instruments

PENALTY:           20 years imprisonment
                   3 years supervised release
                   $500,000 fine or twice the value of the monetary instrument or funds
                   involved in the transmission or transfer, whichever is greater
                   $100 special assessment

## COUNT TWENTY-FOUR:

DEFENDANTS:        ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto,"  a/k/a "John
                   Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                   Law," and a/k/a "Jeff Woo"),

                   YA HUAI HUNG,

                   LEOW WAN RU VERON (a/k/a "Brisa"),

                   CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"), and

                   JIE MU (a/k/a "Jane")

VIOLATIONS:        Title 18, United States Code, Sections 1956(h) & 1956(a)(2)(A) –
                   Conspiracy to Transport Funds to Promote Unlawful Activity

PENALTY:           20 years imprisonment
                   3 years supervised release
                   $500,000 fine or twice the value of the monetary instrument or funds
                   involved in the transmission or transfer, whichever is greater
                   $100 special assessment

## COUNTS TWENTY-FIVE THROUGH THIRTY-ONE:

DEFENDANTS:        ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto,"  a/k/a "John
                   Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                   Law," and a/k/a "Jeff Woo"),

                   YA HUAI HUNG, and

                   LEOW WAN RU VERON (a/k/a "Brisa")

VIOLATIONS:        Title 18, United States Code, Sections 1956(a)(2)(A) and 2 –
                   Transportation of Funds to Promote Unlawful Activity

3

PENALTY:        20 years imprisonment
                      3 years supervised release
                      $500,000 fine or twice the value of the monetary instrument or funds
                      involved in the transmission or transfer, whichever is greater
                      $100 special assessment

## COUNT THIRTY-TWO:

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

                      YA HUAI HUNG,

                      LEOW WAN RU VERON (a/k/a "Brisa"), and

                      JIE MU (a/k/a "Jane")

VIOLATIONS:     Title 18, United States Code, Sections 371 & 2421, and Title 8, United States Code, Section 1328 – Conspiracy to Transport for Prostitution and Importation of Alien for Immoral Purpose

PENALTY:        10 years imprisonment
                      3 years supervised release
                      $250,000 fine
                      $100 special assessment

## COUNTS APPLICABLE TO EACH DEFENDANT

ALLEN FONG (a/k/a "Steve Nguyen,"a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo") [*COUNTS ONE THROUGH THIRTY-TWO*]

YA HUAI HUNG [*COUNTS ONE, TWO, FOURTEEN, & TWENTY-FOUR THROUGH THIRTY-TWO*]

LEOW WAN RU VERON (a/k/a "Brisa") [*COUNTS ONE, TWO, & TWENTY-FOUR THROUGH THIRTY-TWO*]

ROBERT CHUN [*COUNTS ONE, TWO, & FOURTEEN*]

JIE MU (a/k/a "Jane") [*COUNTS ONE, TWO, TWENTY-FOUR, & THIRTY-TWO*]

LAURENCE SHU KWAN LEE [*COUNTS ONE & TWO*]

KEVIN HARTIG [*COUNTS ONE & FOURTEEN*]

WAYLEN FONG [*COUNTS ONE & FOURTEEN*]

4

ANGELINA CHUONG [*COUNTS ONE & FOURTEEN*]

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana") [*COUNTS ONE & TWENTY-FOUR*]

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

---OFFENSE CHARGED---

SEE ATTACHMENT; COUNTS ONE, TWO, & FOURTEEN

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---DEFENDANT - U.S---
ROBERT CHUN

DISTRICT COURT NUMBER

---DEFENDANT---

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
    summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

---PROCEEDING---

Name of Complaintant Agency, or Person (& Title, if any)

ICE/HSI

☐ person is awaiting trial in another Federal or State Court,
   give name of court

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on motion
   of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this
   defendant were recorded under

Name and Office of Person
Furnishing Information on this form _____ MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      DEBORAH R. DOUGLAS

### IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

☐ Federal ☐ State

Has detainer ☐ Yes      If "Yes"
been filed?  ☐ No        give date
                         filed _____

DATE OF      Month/Day/Year
ARREST       _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED      Month/Day/Year
TO U.S. CUSTODY        _____

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

Bail Amount: No Bail

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____      Before Judge: _____

Comments:

•

## ATTACHMENT: MAXIMUM STATUTORY PENALTIES

COUNT ONE:

DEFENDANTS: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

    YA HUAI HUNG,

    LEOW WAN RU VERON (a/k/a "Brisa"),

    ROBERT CHUN,

    JIE MU (a/k/a "Jane"),

    LAURENCE SHU KWAN LEE,

    KEVIN HARTIG,

    WAYLEN FONG,

    ANGELINA CHUONG, and

    CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana")

VIOLATION: Title 18, United States Code, Section 1962(d) – Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

PENALTY: 20 years imprisonment
3 years supervised release
$250,000 fine, or twice the gross profits or other proceeds, whichever is greater
$100 special assessment

COUNT TWO:

DEFENDANTS: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

    LEOW WAN RU VERON (a/k/a "Brisa"),

    ROBERT CHUN,

    JIE MU (a/k/a "Jane"),

    LAURENCE SHU KWAN LEE, and

1

YA HUAI HUNG

VIOLATIONS:       Title 18, United States Code, Sections 371 and 1952(a)(3) – Conspiracy to Use Facility in Interstate and Foreign Commerce to Promote Prostitution

PENALTY:          5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

COUNTS THREE THROUGH THIRTEEN:

DEFENDANT:      ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto,"  a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")

VIOLATIONS:       Title 18, United States Code, Sections 1952(a)(3) and 2 – Use of Facility in Interstate Commerce to Promote Prostitution

PENALTY:          5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

COUNT FOURTEEN:

DEFENDANTS:     ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto,"  a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

WAYLEN FONG,

KEVIN HARTIG,

ROBERT CHUN, and

ANGELINA CHUONG

VIOLATIONS:       Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i) – Conspiracy to Launder Monetary Instruments

PENALTY:          20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
$100 special assessment

COUNTS FIFTEEN THROUGH TWENTY-THREE:

DEFENDANT:          ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")

VIOLATIONS:         Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 – Laundering Monetary Instruments

PENALTY:            20 years imprisonment
                    3 years supervised release
                    $500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
                    $100 special assessment

COUNT TWENTY-FOUR:

DEFENDANTS:         ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

                    YA HUAI HUNG,

                    LEOW WAN RU VERON (a/k/a "Brisa"),

                    CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"), and

                    JIE MU (a/k/a "Jane")

VIOLATIONS:         Title 18, United States Code, Sections 1956(h) & 1956(a)(2)(A) – Conspiracy to Transport Funds to Promote Unlawful Activity

PENALTY:            20 years imprisonment
                    3 years supervised release
                    $500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
                    $100 special assessment

COUNTS TWENTY-FIVE THROUGH THIRTY-ONE:

DEFENDANTS:         ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

                    YA HUAI HUNG, and

                    LEOW WAN RU VERON (a/k/a "Brisa")

VIOLATIONS:         Title 18, United States Code, Sections 1956(a)(2)(A) and 2 – Transportation of Funds to Promote Unlawful Activity

3

PENALTY:        20 years imprisonment
                         3 years supervised release
                         $500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
                         $100 special assessment

## COUNT THIRTY-TWO:

DEFENDANTS:     ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

                         YA HUAI HUNG,

                         LEOW WAN RU VERON (a/k/a "Brisa"), and

                         JIE MU (a/k/a "Jane")

VIOLATIONS:      Title 18, United States Code, Sections 371 & 2421, and Title 8, United States Code, Section 1328 – Conspiracy to Transport for Prostitution and Importation of Alien for Immoral Purpose

PENALTY:        10 years imprisonment
                         3 years supervised release
                         $250,000 fine
                         $100 special assessment

## COUNTS APPLICABLE TO EACH DEFENDANT

ALLEN FONG (a/k/a "Steve Nguyen,"a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo") [*COUNTS ONE THROUGH THIRTY-TWO*]

YA HUAI HUNG [*COUNTS ONE, TWO, FOURTEEN, & TWENTY-FOUR THROUGH THIRTY-TWO*]

LEOW WAN RU VERON (a/k/a "Brisa") [*COUNTS ONE, TWO, & TWENTY-FOUR THROUGH THIRTY-TWO*]

ROBERT CHUN [*COUNTS ONE, TWO, & FOURTEEN*]

JIE MU (a/k/a "Jane") [*COUNTS ONE, TWO, TWENTY-FOUR, & THIRTY-TWO*]

LAURENCE SHU KWAN LEE [*COUNTS ONE & TWO*]

KEVIN HARTIG [*COUNTS ONE & FOURTEEN*]

WAYLEN FONG [*COUNTS ONE & FOURTEEN*]

4

ANGELINA CHUONG [*COUNTS ONE & FOURTEEN*]

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana") [*COUNTS ONE & TWENTY-FOUR*]

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

SEE ATTACHMENT; COUNTS ONE, TWO, TWENTY-FOUR, & THIRTY-TWO

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

### DEFENDANT - U.S

JIE MU

☐

DISTRICT COURT NUMBER

### DEFENDANT

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

ICE/HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO. }

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO. }

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   DEBORAH R. DOUGLAS

### IS NOT IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior
   summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction      } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes
been filed?    ☐ No      } If "Yes" give date filed _____

DATE OF
ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## ATTACHMENT: MAXIMUM STATUTORY PENALTIES

COUNT ONE:

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE,

KEVIN HARTIG,

WAYLEN FONG,

ANGELINA CHUONG, and

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana")

VIOLATION:    Title 18, United States Code, Section 1962(d) – Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

PENALTY:    20 years imprisonment
3 years supervised release
$250,000 fine, or twice the gross profits or other proceeds, whichever is greater
$100 special assessment

COUNT TWO:

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE, and

1

YA HUAI HUNG

VIOLATIONS: Title 18, United States Code, Sections 371 and 1952(a)(3) – Conspiracy to Use Facility in Interstate and Foreign Commerce to Promote Prostitution

PENALTY: 5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

## COUNTS THREE THROUGH THIRTEEN:

DEFENDANT: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")

VIOLATIONS: Title 18, United States Code, Sections 1952(a)(3) and 2 – Use of Facility in Interstate Commerce to Promote Prostitution

PENALTY: 5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

## COUNT FOURTEEN:

DEFENDANTS: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

WAYLEN FONG,

KEVIN HARTIG,

ROBERT CHUN, and

ANGELINA CHUONG

VIOLATIONS: Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i) – Conspiracy to Launder Monetary Instruments

PENALTY: 20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
$100 special assessment

COUNTS FIFTEEN THROUGH TWENTY-THREE:

DEFENDANT:       ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
                 Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                 Law," and a/k/a "Jeff Woo")

VIOLATIONS:      Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 –
                 Laundering Monetary Instruments

PENALTY:         20 years imprisonment
                 3 years supervised release
                 $500,000 fine or twice the value of the monetary instrument or funds
                 involved in the transmission or transfer, whichever is greater
                 $100 special assessment

COUNT TWENTY-FOUR:

DEFENDANTS:      ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
                 Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                 Law," and a/k/a "Jeff Woo"),

                 YA HUAI HUNG,

                 LEOW WAN RU VERON (a/k/a "Brisa"),

                 CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"), and

                 JIE MU (a/k/a "Jane")

VIOLATIONS:      Title 18, United States Code, Sections 1956(h) & 1956(a)(2)(A) –
                 Conspiracy to Transport Funds to Promote Unlawful Activity

PENALTY:         20 years imprisonment
                 3 years supervised release
                 $500,000 fine or twice the value of the monetary instrument or funds
                 involved in the transmission or transfer, whichever is greater
                 $100 special assessment

COUNTS TWENTY-FIVE THROUGH THIRTY-ONE:

DEFENDANTS:      ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
                 Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                 Law," and a/k/a "Jeff Woo"),

                 YA HUAI HUNG, and

                 LEOW WAN RU VERON (a/k/a "Brisa")

VIOLATIONS:      Title 18, United States Code, Sections 1956(a)(2)(A) and 2 –
                 Transportation of Funds to Promote Unlawful Activity

3

PENALTY:          20 years imprisonment
                  3 years supervised release
                  $500,000 fine or twice the value of the monetary instrument or funds
                  involved in the transmission or transfer, whichever is greater
                  $100 special assessment

## COUNT THIRTY-TWO:

DEFENDANTS:       ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
                  Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                  Law," and a/k/a "Jeff Woo"),

                  YA HUAI HUNG,

                  LEOW WAN RU VERON (a/k/a "Brisa"), and

                  JIE MU (a/k/a "Jane")

VIOLATIONS:       Title 18, United States Code, Sections 371 & 2421, and Title 8, United
                  States Code, Section 1328 – Conspiracy to Transport for Prostitution and
                  Importation of Alien for Immoral Purpose

PENALTY:          10 years imprisonment
                  3 years supervised release
                  $250,000 fine
                  $100 special assessment

## COUNTS APPLICABLE TO EACH DEFENDANT

ALLEN FONG (a/k/a "Steve Nguyen,"a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a
"David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")
[*COUNTS ONE THROUGH THIRTY-TWO*]

YA HUAI HUNG [*COUNTS ONE, TWO, FOURTEEN, & TWENTY-FOUR THROUGH
THIRTY-TWO*]

LEOW WAN RU VERON (a/k/a "Brisa") [*COUNTS ONE, TWO, & TWENTY-FOUR
THROUGH THIRTY-TWO*]

ROBERT CHUN [*COUNTS ONE, TWO, & FOURTEEN*]

JIE MU (a/k/a "Jane") [*COUNTS ONE, TWO, TWENTY-FOUR, & THIRTY-TWO*]

LAURENCE SHU KWAN LEE [*COUNTS ONE & TWO*]

KEVIN HARTIG [*COUNTS ONE & FOURTEEN*]

WAYLEN FONG [*COUNTS ONE & FOURTEEN*]

4

ANGELINA CHUONG [*COUNTS ONE & FOURTEEN*]

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana") [*COUNTS ONE & TWENTY-FOUR*]

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

SEE ATTACHMENT; COUNTS ONE & TWO

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY: SEE ATTACHMENT

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

┌─── DEFENDANT - U.S ───
│ LAURENCE SHU KWAN LEE
│ ▶                                        ✚
│
│ DISTRICT COURT NUMBER

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

☐ Federal ☐ State

Has detainer ☐ Yes
been filed? ☐ No

If "Yes"
give date
filed

**DATE OF
ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶ Month/Day/Year

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

ICE/HSI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form ___ MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned) DEBORAH R. DOUGLAS

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Comments:

Bail Amount: No Bail

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

**ATTACHMENT: MAXIMUM STATUTORY PENALTIES**

<u>COUNT ONE:</u>

DEFENDANTS:      ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto,"  a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE,

KEVIN HARTIG,

WAYLEN FONG,

ANGELINA CHUONG, and

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana")

VIOLATION:       Title 18, United States Code, Section 1962(d) – Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

PENALTY:         20 years imprisonment
3 years supervised release
$250,000 fine, or twice the gross profits or other proceeds, whichever is greater
$100 special assessment

<u>COUNT TWO:</u>

DEFENDANTS:      ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto,"  a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE, and

1

YA HUAI HUNG

VIOLATIONS: Title 18, United States Code, Sections 371 and 1952(a)(3) – Conspiracy to
Use Facility in Interstate and Foreign Commerce to Promote Prostitution

PENALTY: 5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

COUNTS THREE THROUGH THIRTEEN:

DEFENDANT: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
Law," and a/k/a "Jeff Woo")

VIOLATIONS: Title 18, United States Code, Sections 1952(a)(3) and 2 – Use of Facility
in Interstate Commerce to Promote Prostitution

PENALTY: 5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

COUNT FOURTEEN:

DEFENDANTS: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

WAYLEN FONG,

KEVIN HARTIG,

ROBERT CHUN, and

ANGELINA CHUONG

VIOLATIONS: Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i) –
Conspiracy to Launder Monetary Instruments

PENALTY: 20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds
involved in the transmission or transfer, whichever is greater
$100 special assessment

2

COUNTS FIFTEEN THROUGH TWENTY-THREE:

DEFENDANT:     ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")

VIOLATIONS:    Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 – Laundering Monetary Instruments

PENALTY:       20 years imprisonment
               3 years supervised release
               $500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
               $100 special assessment

COUNT TWENTY-FOUR:

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

               YA HUAI HUNG,

               LEOW WAN RU VERON (a/k/a "Brisa"),

               CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"), and

               JIE MU (a/k/a "Jane")

VIOLATIONS:    Title 18, United States Code, Sections 1956(h) & 1956(a)(2)(A) – Conspiracy to Transport Funds to Promote Unlawful Activity

PENALTY:       20 years imprisonment
               3 years supervised release
               $500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
               $100 special assessment

COUNTS TWENTY-FIVE THROUGH THIRTY-ONE:

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

               YA HUAI HUNG, and

               LEOW WAN RU VERON (a/k/a "Brisa")

VIOLATIONS:    Title 18, United States Code, Sections 1956(a)(2)(A) and 2 – Transportation of Funds to Promote Unlawful Activity

3

PENALTY:          20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
$100 special assessment

## COUNT THIRTY-TWO:

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"), and

JIE MU (a/k/a "Jane")

VIOLATIONS:    Title 18, United States Code, Sections 371 & 2421, and Title 8, United States Code, Section 1328 – Conspiracy to Transport for Prostitution and Importation of Alien for Immoral Purpose

PENALTY:          10 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

## COUNTS APPLICABLE TO EACH DEFENDANT

ALLEN FONG (a/k/a "Steve Nguyen,"a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo") [*COUNTS ONE THROUGH THIRTY-TWO*]

YA HUAI HUNG [*COUNTS ONE, TWO, FOURTEEN, & TWENTY-FOUR THROUGH THIRTY-TWO*]

LEOW WAN RU VERON (a/k/a "Brisa") [*COUNTS ONE, TWO, & TWENTY-FOUR THROUGH THIRTY-TWO*]

ROBERT CHUN [*COUNTS ONE, TWO, & FOURTEEN*]

JIE MU (a/k/a "Jane") [*COUNTS ONE, TWO, TWENTY-FOUR, & THIRTY-TWO*]

LAURENCE SHU KWAN LEE [*COUNTS ONE & TWO*]

KEVIN HARTIG [*COUNTS ONE & FOURTEEN*]

WAYLEN FONG [*COUNTS ONE & FOURTEEN*]

4

ANGELINA CHUONG [*COUNTS ONE & FOURTEEN*]

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana") [*COUNTS ONE & TWENTY-FOUR*]

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

SEE ATTACHMENT; COUNTS ONE & FOURTEEN   ☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

┌─ DEFENDANT - U.S. ─────────────────
KEVIN HARTIG

DISTRICT COURT NUMBER

─────────────────── DEFENDANT ───

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior
summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction         ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

── PROCEEDING ──

Name of Complainant Agency, or Person (& Title, if any)
ICE/HSI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                                  SHOW
☐ U.S. ATTORNEY ☐ DEFENSE      DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant                            MAGISTRATE
                                     CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   DEBORAH R. DOUGLAS

Has detainer ☐ Yes   If "Yes"
been filed?  ☐ No    give date
                     filed
**DATE OF**          Month/Day/Year
**ARREST** ▶
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED**  Month/Day/Year
**TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## ATTACHMENT: MAXIMUM STATUTORY PENALTIES

<u>COUNT ONE</u>:

DEFENDANTS:  ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto,"  a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE,

KEVIN HARTIG,

WAYLEN FONG,

ANGELINA CHUONG, and

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana")

VIOLATION:  Title 18, United States Code, Section 1962(d) – Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

PENALTY:  20 years imprisonment
3 years supervised release
$250,000 fine, or twice the gross profits or other proceeds, whichever is greater
$100 special assessment

<u>COUNT TWO</u>:

DEFENDANTS:  ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto,"  a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE, and

1

YA HUAI HUNG

VIOLATIONS: Title 18, United States Code, Sections 371 and 1952(a)(3) – Conspiracy to Use Facility in Interstate and Foreign Commerce to Promote Prostitution

PENALTY: 5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

## COUNTS THREE THROUGH THIRTEEN:

DEFENDANT: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")

VIOLATIONS: Title 18, United States Code, Sections 1952(a)(3) and 2 – Use of Facility in Interstate Commerce to Promote Prostitution

PENALTY: 5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

## COUNT FOURTEEN:

DEFENDANTS: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

WAYLEN FONG,

KEVIN HARTIG,

ROBERT CHUN, and

ANGELINA CHUONG

VIOLATIONS: Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i) – Conspiracy to Launder Monetary Instruments

PENALTY: 20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
$100 special assessment

2

## COUNTS FIFTEEN THROUGH TWENTY-THREE:

DEFENDANT:      ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")

VIOLATIONS:     Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 – Laundering Monetary Instruments

PENALTY:        20 years imprisonment
                3 years supervised release
                $500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
                $100 special assessment

## COUNT TWENTY-FOUR:

DEFENDANTS:     ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

                YA HUAI HUNG,

                LEOW WAN RU VERON (a/k/a "Brisa"),

                CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"), and

                JIE MU (a/k/a "Jane")

VIOLATIONS:     Title 18, United States Code, Sections 1956(h) & 1956(a)(2)(A) – Conspiracy to Transport Funds to Promote Unlawful Activity

PENALTY:        20 years imprisonment
                3 years supervised release
                $500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
                $100 special assessment

## COUNTS TWENTY-FIVE THROUGH THIRTY-ONE:

DEFENDANTS:     ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

                YA HUAI HUNG, and

                LEOW WAN RU VERON (a/k/a "Brisa")

VIOLATIONS:     Title 18, United States Code, Sections 1956(a)(2)(A) and 2 – Transportation of Funds to Promote Unlawful Activity

3

PENALTY:   20 years imprisonment
       3 years supervised release
       $500,000 fine or twice the value of the monetary instrument or funds
       involved in the transmission or transfer, whichever is greater
       $100 special assessment

## COUNT THIRTY-TWO:

DEFENDANTS:  ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto,"  a/k/a "John
       Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
       Law," and a/k/a "Jeff Woo"),

       YA HUAI HUNG,

       LEOW WAN RU VERON (a/k/a "Brisa"), and

       JIE MU (a/k/a "Jane")

VIOLATIONS:  Title 18, United States Code, Sections 371 & 2421, and Title 8, United
       States Code, Section 1328 – Conspiracy to Transport for Prostitution and
       Importation of Alien for Immoral Purpose

PENALTY:   10 years imprisonment
       3 years supervised release
       $250,000 fine
       $100 special assessment

## COUNTS APPLICABLE TO EACH DEFENDANT

ALLEN FONG (a/k/a "Steve Nguyen,"a/k/a "Steve Fujimoto,"  a/k/a "John Fujimoto," a/k/a
"David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")
[*COUNTS ONE THROUGH THIRTY-TWO*]

YA HUAI HUNG [*COUNTS ONE, TWO, FOURTEEN, & TWENTY-FOUR THROUGH
THIRTY-TWO*]

LEOW WAN RU VERON (a/k/a "Brisa") [*COUNTS ONE, TWO, & TWENTY-FOUR
THROUGH THIRTY-TWO*]

ROBERT CHUN [*COUNTS ONE, TWO, & FOURTEEN*]

JIE MU (a/k/a "Jane") [*COUNTS ONE, TWO, TWENTY-FOUR, & THIRTY-TWO*]

LAURENCE SHU KWAN LEE [*COUNTS ONE & TWO*]

KEVIN HARTIG [*COUNTS ONE & FOURTEEN*]

WAYLEN FONG [*COUNTS ONE & FOURTEEN*]

4

ANGELINA CHUONG [*COUNTS ONE & FOURTEEN*]

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana") [*COUNTS ONE & TWENTY-FOUR*]

5

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
                             ☐ SUPERSEDING

——— OFFENSE CHARGED ———

SEE ATTACHMENT; COUNTS ONE & FOURTEEN

☐ Petty

☐ Minor

☐ Misde-meanor

☒ Felony

PENALTY: SEE ATTACHMENT

— Name of District Court, and/or Judge/Magistrate Location —

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

┌ DEFENDANT - U.S ───────
  WAYLEN FONG
└────────────────────── ➕

DISTRICT COURT NUMBER

### DEFENDANT ———

———————— PROCEEDING ————————

Name of Complainant Agency, or Person (& Title, if any)

ICE/HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

      SHOW
      DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

      MAGISTRATE
      CASE NO.

Name and Office of Person
Furnishing Information on this form ___ MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)  DEBORAH R. DOUGLAS

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ➤

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
                     ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes     If "Yes"
been filed?  ☐ No      give date filed

**DATE OF ARREST** ➤ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ➤ Month/Day/Year

☐ This report amends AO 257 previously submitted

———————— ADDITIONAL INFORMATION OR COMMENTS ————————

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

## ATTACHMENT: MAXIMUM STATUTORY PENALTIES

<u>COUNT ONE:</u>

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE,

KEVIN HARTIG,

WAYLEN FONG,

ANGELINA CHUONG, and

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana")

VIOLATION:    Title 18, United States Code, Section 1962(d) – Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

PENALTY:    20 years imprisonment
3 years supervised release
$250,000 fine, or twice the gross profits or other proceeds, whichever is greater
$100 special assessment

<u>COUNT TWO:</u>

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE, and

YA HUAI HUNG

VIOLATIONS: Title 18, United States Code, Sections 371 and 1952(a)(3) – Conspiracy to Use Facility in Interstate and Foreign Commerce to Promote Prostitution

PENALTY: 5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

COUNTS THREE THROUGH THIRTEEN:

DEFENDANT: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")

VIOLATIONS: Title 18, United States Code, Sections 1952(a)(3) and 2 – Use of Facility in Interstate Commerce to Promote Prostitution

PENALTY: 5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

COUNT FOURTEEN:

DEFENDANTS: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

WAYLEN FONG,

KEVIN HARTIG,

ROBERT CHUN, and

ANGELINA CHUONG

VIOLATIONS: Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i) – Conspiracy to Launder Monetary Instruments

PENALTY: 20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
$100 special assessment

2

COUNTS FIFTEEN THROUGH TWENTY-THREE:

DEFENDANT:      ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")

VIOLATIONS:     Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 – Laundering Monetary Instruments

PENALTY:        20 years imprisonment
                3 years supervised release
                $500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
                $100 special assessment

COUNT TWENTY-FOUR:

DEFENDANTS:     ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

                YA HUAI HUNG,

                LEOW WAN RU VERON (a/k/a "Brisa"),

                CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"), and

                JIE MU (a/k/a "Jane")

VIOLATIONS:     Title 18, United States Code, Sections 1956(h) & 1956(a)(2)(A) – Conspiracy to Transport Funds to Promote Unlawful Activity

PENALTY:        20 years imprisonment
                3 years supervised release
                $500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
                $100 special assessment

COUNTS TWENTY-FIVE THROUGH THIRTY-ONE:

DEFENDANTS:     ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

                YA HUAI HUNG, and

                LEOW WAN RU VERON (a/k/a "Brisa")

VIOLATIONS:     Title 18, United States Code, Sections 1956(a)(2)(A) and 2 – Transportation of Funds to Promote Unlawful Activity

3

PENALTY:        20 years imprisonment
                      3 years supervised release
                      $500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
                      $100 special assessment

## COUNT THIRTY-TWO:

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

                      YA HUAI HUNG,

                      LEOW WAN RU VERON (a/k/a "Brisa"), and

                      JIE MU (a/k/a "Jane")

VIOLATIONS:    Title 18, United States Code, Sections 371 & 2421, and Title 8, United States Code, Section 1328 – Conspiracy to Transport for Prostitution and Importation of Alien for Immoral Purpose

PENALTY:        10 years imprisonment
                      3 years supervised release
                      $250,000 fine
                      $100 special assessment

## COUNTS APPLICABLE TO EACH DEFENDANT

ALLEN FONG (a/k/a "Steve Nguyen,"a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo") [*COUNTS ONE THROUGH THIRTY-TWO*]

YA HUAI HUNG [*COUNTS ONE, TWO, FOURTEEN, & TWENTY-FOUR THROUGH THIRTY-TWO*]

LEOW WAN RU VERON (a/k/a "Brisa") [*COUNTS ONE, TWO, & TWENTY-FOUR THROUGH THIRTY-TWO*]

ROBERT CHUN [*COUNTS ONE, TWO, & FOURTEEN*]

JIE MU (a/k/a "Jane") [*COUNTS ONE, TWO, TWENTY-FOUR, & THIRTY-TWO*]

LAURENCE SHU KWAN LEE [*COUNTS ONE & TWO*]

KEVIN HARTIG [*COUNTS ONE & FOURTEEN*]

WAYLEN FONG [*COUNTS ONE & FOURTEEN*]

4

ANGELINA CHUONG [*COUNTS ONE & FOURTEEN*]

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana") [*COUNTS ONE & TWENTY-FOUR*]

5

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── **OFFENSE CHARGED** ───

SEE ATTACHMENT; COUNTS ONE & FOURTEEN

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

─── **DEFENDANT - U.S** ───

ANGELINA CHUONG

DISTRICT COURT NUMBER

─── **PROCEEDING** ───

**Name of Complainant Agency, or Person (& Title, if any)**

ICE/HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO. }

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. }

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

**Name and Office of Person Furnishing Information on this form**   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**   DEBORAH R. DOUGLAS

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

☐ Federal   ☐ State }

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No

If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

**ATTACHMENT: MAXIMUM STATUTORY PENALTIES**

<u>COUNT ONE:</u>

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE,

KEVIN HARTIG,

WAYLEN FONG,

ANGELINA CHUONG, and

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana")

VIOLATION:    Title 18, United States Code, Section 1962(d) – Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

PENALTY:    20 years imprisonment
3 years supervised release
$250,000 fine, or twice the gross profits or other proceeds, whichever is greater
$100 special assessment

<u>COUNT TWO:</u>

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE, and

YA HUAI HUNG

VIOLATIONS:      Title 18, United States Code, Sections 371 and 1952(a)(3) – Conspiracy to Use Facility in Interstate and Foreign Commerce to Promote Prostitution

PENALTY:      5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

COUNTS THREE THROUGH THIRTEEN:

DEFENDANT:      ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")

VIOLATIONS:      Title 18, United States Code, Sections 1952(a)(3) and 2 – Use of Facility in Interstate Commerce to Promote Prostitution

PENALTY:      5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

COUNT FOURTEEN:

DEFENDANTS:      ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

WAYLEN FONG,

KEVIN HARTIG,

ROBERT CHUN, and

ANGELINA CHUONG

VIOLATIONS:      Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i) – Conspiracy to Launder Monetary Instruments

PENALTY:      20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
$100 special assessment

2

COUNTS FIFTEEN THROUGH TWENTY-THREE:

DEFENDANT:      ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
                Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                Law," and a/k/a "Jeff Woo")

VIOLATIONS:     Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 –
                Laundering Monetary Instruments

PENALTY:        20 years imprisonment
                3 years supervised release
                $500,000 fine or twice the value of the monetary instrument or funds
                involved in the transmission or transfer, whichever is greater
                $100 special assessment

COUNT TWENTY-FOUR:

DEFENDANTS:     ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
                Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                Law," and a/k/a "Jeff Woo"),

                YA HUAI HUNG,

                LEOW WAN RU VERON (a/k/a "Brisa"),

                CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"), and

                JIE MU (a/k/a "Jane")

VIOLATIONS:     Title 18, United States Code, Sections 1956(h) & 1956(a)(2)(A) –
                Conspiracy to Transport Funds to Promote Unlawful Activity

PENALTY:        20 years imprisonment
                3 years supervised release
                $500,000 fine or twice the value of the monetary instrument or funds
                involved in the transmission or transfer, whichever is greater
                $100 special assessment

COUNTS TWENTY-FIVE THROUGH THIRTY-ONE:

DEFENDANTS:     ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
                Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                Law," and a/k/a "Jeff Woo"),

                YA HUAI HUNG, and

                LEOW WAN RU VERON (a/k/a "Brisa")

VIOLATIONS:     Title 18, United States Code, Sections 1956(a)(2)(A) and 2 –
                Transportation of Funds to Promote Unlawful Activity

3

PENALTY:              20 years imprisonment
                      3 years supervised release
                      $500,000 fine or twice the value of the monetary instrument or funds
                      involved in the transmission or transfer, whichever is greater
                      $100 special assessment

COUNT THIRTY-TWO:

DEFENDANTS:           ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
                      Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                      Law," and a/k/a "Jeff Woo"),

                      YA HUAI HUNG,

                      LEOW WAN RU VERON (a/k/a "Brisa"), and

                      JIE MU (a/k/a "Jane")

VIOLATIONS:           Title 18, United States Code, Sections 371 & 2421, and Title 8, United
                      States Code, Section 1328 – Conspiracy to Transport for Prostitution and
                      Importation of Alien for Immoral Purpose

PENALTY:              10 years imprisonment
                      3 years supervised release
                      $250,000 fine
                      $100 special assessment

COUNTS APPLICABLE TO EACH DEFENDANT

ALLEN FONG (a/k/a "Steve Nguyen,"a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a
"David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")
[*COUNTS ONE THROUGH THIRTY-TWO*]

YA HUAI HUNG [*COUNTS ONE, TWO, FOURTEEN, & TWENTY-FOUR THROUGH
THIRTY-TWO*]

LEOW WAN RU VERON (a/k/a "Brisa") [*COUNTS ONE, TWO, & TWENTY-FOUR
THROUGH THIRTY-TWO*]

ROBERT CHUN [*COUNTS ONE, TWO, & FOURTEEN*]

JIE MU (a/k/a "Jane") [*COUNTS ONE, TWO, TWENTY-FOUR, & THIRTY-TWO*]

LAURENCE SHU KWAN LEE [*COUNTS ONE & TWO*]

KEVIN HARTIG [*COUNTS ONE & FOURTEEN*]

WAYLEN FONG [*COUNTS ONE & FOURTEEN*]

4

ANGELINA CHUONG [*COUNTS ONE & FOURTEEN*]

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana") [*COUNTS ONE & TWENTY-FOUR*]

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT; COUNTS ONE & TWENTY-FOUR

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

CHONTHICHA JAEMRATANASOPHIN

DISTRICT COURT NUMBER

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

ICE/HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form         MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)         DEBORAH R. DOUGLAS

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges     ☐ Federal ☐ State

   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No      give date filed

**DATE OF ARREST**     Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**     Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

**ATTACHMENT: MAXIMUM STATUTORY PENALTIES**

<u>COUNT ONE:</u>

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE,

KEVIN HARTIG,

WAYLEN FONG,

ANGELINA CHUONG, and

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana")

VIOLATION:    Title 18, United States Code, Section 1962(d) – Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

PENALTY:    20 years imprisonment
3 years supervised release
$250,000 fine, or twice the gross profits or other proceeds, whichever is greater
$100 special assessment

<u>COUNT TWO:</u>

DEFENDANTS:    ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE, and

1

YA HUAI HUNG

VIOLATIONS:      Title 18, United States Code, Sections 371 and 1952(a)(3) – Conspiracy to Use Facility in Interstate and Foreign Commerce to Promote Prostitution

PENALTY:      5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

COUNTS THREE THROUGH THIRTEEN:

DEFENDANT:      ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")

VIOLATIONS:      Title 18, United States Code, Sections 1952(a)(3) and 2 – Use of Facility in Interstate Commerce to Promote Prostitution

PENALTY:      5 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment

COUNT FOURTEEN:

DEFENDANTS:      ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

WAYLEN FONG,

KEVIN HARTIG,

ROBERT CHUN, and

ANGELINA CHUONG

VIOLATIONS:      Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i) – Conspiracy to Launder Monetary Instruments

PENALTY:      20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
$100 special assessment

2

COUNTS FIFTEEN THROUGH TWENTY-THREE:

DEFENDANT: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")

VIOLATIONS: Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 – Laundering Monetary Instruments

PENALTY: 20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
$100 special assessment

COUNT TWENTY-FOUR:

DEFENDANTS: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"),

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"), and

JIE MU (a/k/a "Jane")

VIOLATIONS: Title 18, United States Code, Sections 1956(h) & 1956(a)(2)(A) – Conspiracy to Transport Funds to Promote Unlawful Activity

PENALTY: 20 years imprisonment
3 years supervised release
$500,000 fine or twice the value of the monetary instrument or funds involved in the transmission or transfer, whichever is greater
$100 special assessment

COUNTS TWENTY-FIVE THROUGH THIRTY-ONE:

DEFENDANTS: ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG, and

LEOW WAN RU VERON (a/k/a "Brisa")

VIOLATIONS: Title 18, United States Code, Sections 1956(a)(2)(A) and 2 – Transportation of Funds to Promote Unlawful Activity

PENALTY:          20 years imprisonment
                  3 years supervised release
                  $500,000 fine or twice the value of the monetary instrument or funds
                  involved in the transmission or transfer, whichever is greater
                  $100 special assessment

## COUNT THIRTY-TWO:

DEFENDANTS:       ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John
                  Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff
                  Law," and a/k/a "Jeff Woo"),

                  YA HUAI HUNG,

                  LEOW WAN RU VERON (a/k/a "Brisa"), and

                  JIE MU (a/k/a "Jane")

VIOLATIONS:       Title 18, United States Code, Sections 371 & 2421, and Title 8, United
                  States Code, Section 1328 – Conspiracy to Transport for Prostitution and
                  Importation of Alien for Immoral Purpose

PENALTY:          10 years imprisonment
                  3 years supervised release
                  $250,000 fine
                  $100 special assessment

## COUNTS APPLICABLE TO EACH DEFENDANT

ALLEN FONG (a/k/a "Steve Nguyen,"a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a
"David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo")
[*COUNTS ONE THROUGH THIRTY-TWO*]

YA HUAI HUNG [*COUNTS ONE, TWO, FOURTEEN, & TWENTY-FOUR THROUGH
THIRTY-TWO*]

LEOW WAN RU VERON (a/k/a "Brisa") [*COUNTS ONE, TWO, & TWENTY-FOUR
THROUGH THIRTY-TWO*]

ROBERT CHUN [*COUNTS ONE, TWO, & FOURTEEN*]

JIE MU (a/k/a "Jane") [*COUNTS ONE, TWO, TWENTY-FOUR, & THIRTY-TWO*]

LAURENCE SHU KWAN LEE [*COUNTS ONE & TWO*]

KEVIN HARTIG [*COUNTS ONE & FOURTEEN*]

WAYLEN FONG [*COUNTS ONE & FOURTEEN*]

4

ANGELINA CHUONG [*COUNTS ONE & FOURTEEN*]

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana") [*COUNTS ONE & TWENTY-FOUR*]

MELINDA HAAG (CABN 132612)
United States Attorney

FILED

OCT 16 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RS

UNITED STATES OF AMERICA

v.

ALLEN FONG,
  a/k/a "Steve Nguyen,"
  a/k/a "Steve Fujimoto,"
  a/k/a "John Fujimoto,"
  a/k/a "David Lee,"
  a/k/a "May Lee,"
  a/k/a "Sakura Susa,"
  a/k/a "Jeff Law," and
  a/k/a "Jeff Woo,"
YA HUAI HUNG,
LEOW WAN RU VERON,
  a/k/a "Brisa,"
ROBERT CHUN,
JIE MU,
  a/k/a "Jane,"
LAURENCE SHU KWAN LEE,
KEVIN HARTIG,
WAYLEN FONG,
ANGELINA CHUONG, and
CHONTHICHA JAEMRATANASOPHIN,
  a/k/a "Nana,"

     Defendants.

CR 14 527

VIOLATIONS: Title 18, United States Code, Section
1962(d) - Conspiracy to Conduct Enterprise Affairs
Through a Pattern of Racketeering Activity (one
count); Title 18, United States Code, Sections 371 &
1952(a)(3) - Conspiracy to Use Facility in Interstate
and Foreign Commerce to Promote Prostitution) (one
count); Title 18, United States Code, Sections
1952(a)(3) and 2 - Use of Facility in Interstate
Commerce to Promote Prostitution (eleven counts);
Title 18, United States Code, Sections 1956(h) &
1956(a)(1)(A)(i) - Conspiracy to Launder Monetary
Instruments (one count); Title 18, United States
Code, Sections 1956(a)(1)(A)(i) and 2 - Laundering
Monetary Instruments (nine counts); Title 18, United
States Code, Sections 1956(h) & 1956(a)(2)(A) -
Conspiracy to Transport Funds to Promote Unlawful
Activity (one count); Title 18, United States Code,
Sections 1956(a)(2)(A) and 2 – Transporting Funds to
Promote Unlawful Activity (seven counts); Title 18,
United States Code, Section 371, Title 18, United
States Code, Section 2421, & Title 8, United States
Code, Section 1328 - Conspiracy to Transport for
Prostitution and Importation of Alien for Immoral
Purpose  (one count); Title 18, United States Code,
Sections 981, 982, 1963, and 2428, and Title 28,
United States Code, Section 2461 - Forfeiture
Allegations

SAN FRANCISCO VENUE

Indictment

1

## INDICTMENT

2 The Grand Jury charges:

3 COUNT ONE: (18 U.S.C. § 1962(d) – Conspiracy to Conduct Enterprise Affairs Through A Pattern of Racketeering Activity)

4

    A.    *The Racketeering Enterprise*

5

    1.    At all times relevant to this Indictment, in the Northern District of California and

6 elsewhere, the defendants,

7
8             ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto,"  a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

9
            YA HUAI HUNG,

10
            LEOW WAN RU VERON (a/k/a "Brisa"),

11
            ROBERT CHUN,

12
            JIE MU (a/k/a "Jane"),

13
            LAURENCE SHU KWAN LEE,

14
            KEVIN HARTIG,

15
            WAYLEN FONG,

16
            ANGELINA CHUONG, and

17
            CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"),

18
together with others known and unknown to the grand jury, were members and associates of a

19 prostitution organization which operated approximately forty brothels in the greater San Francisco Bay

20 Area from at least August 2002 through at least July 29, 2014. The organization and the individuals who

21 associated with it for criminal purposes constituted an "enterprise," as defined by Title 18, United States

22 Code, Section 1961(4) (hereinafter the "Enterprise"), that is, a group of individuals associated in fact.

23 The Enterprise constituted an ongoing organization whose members functioned as a continuing unit for

24 the common purpose of achieving the objectives of the Enterprise.  The Enterprise was engaged in, and

25 its activities affected, interstate and foreign commerce.

26
27
28

Indictment                 2

B.   *Purposes of the Enterprise*

2.   The purposes of the Enterprise included, but are not limited to: (i) enriching the members and associates of the Enterprise through, among other things, recruiting adult females, primarily from Asian countries, to work as prostitutes in the Northern District of California and elsewhere; (ii) keeping, maintaining, controlling, supporting, employing, and harboring said prostitutes; (iii) collecting the Enterprise's share of the prostitutes' earnings; and (iv) engaging in financial transactions in interstate and foreign commerce to promote, manage, establish, carry on, and facilitate the prostitution operation.

C.   *The Means and Methods of the Enterprise*

3.   Defendants and their co-conspirators used the following methods and means, among others, to conduct and participate in the affairs of the Enterprise:

a.   Members and associates of the Enterprise solicited, enticed, and persuaded adult females, primarily from Asian countries, to work for the Enterprise as prostitutes in the Northern District of California and elsewhere. The importation of Asian women into the United States for the purpose of prostitution was facilitated by various methods utilized by the Enterprise, including making the flight reservations and/or purchasing airline tickets for Asian women from foreign countries and within the United States, including for known prostitutes employed or associated with the Enterprise; instructing Asian women entering the United States to place on their immigration entry document (I-94) a residential address on 21st Avenue in San Francisco (hereafter "San Francisco Residence"), the residential address of defendant YA HUAI HUNG in San Francisco, which is property owned by defendant ALLEN FONG; and other addresses associated with the Enterprise, as the location they intend to stay while in the United States; and transportation services from the airport to the brothels.

b.   The Enterprise rented the apartments used as brothels through nominee lessees for limited periods of time, and then opened other brothels, often with overlapping rental periods. The nominee lessees included defendants ALLEN FONG, KEVIN HARTIG, WAYLEN FONG, ROBERT CHUN, and ANGELINA CHUONG, co-conspirators William Sharon and Alex Chan, and other associates. PG&E accounts for various Enterprise brothels were opened in the names of defendants ALLEN FONG, KEVIN HARTIG, WAYLEN FONG, ROBERT CHUN, and ANGELINA CHUONG, co-conspirators William Sharon and Alex Chan, and other associates. The Enterprise paid the rent,

Indictment                                                      3

1 deposits, and/or utilities for the brothels from money orders, cashier checks, and various banks,
2 including the joint account of defendant ALLEN FONG and co-conspirator William Sharon at the
3 United Commercial Bank ("UCB"); the Bank of America business account for Zenvision Spa and the JP
4 Morgan Chase Bank account held jointly by defendants ALLEN FONG and YA HUAI HUNG;
5 defendant ALLEN FONG's separate UCB/East West Bank account; the Bank of America account held
6 in Sakura Susa's name, but used by ALLEN FONG; and the separate bank accounts of defendants
7 KEVIN HARTIG and ANGELINA CHUONG and co-conspirator Alex Chan.

8     c.    The Enterprise used social networking websites such as MyRedbook.com,
9 Craigslist.org, and Backpage.com to post advertisements for prostitution services, which included
10 contact information and photographs of nude and partially nude women assuming provocative and
11 suggestive poses.

12     d.    To avoid law enforcement detection, the telephone numbers placed in the
13 Enterprise's prostitution advertisements were typically from telephone-shielding services which
14 incorporated Voice over Internet Protocol ("VoIP") technology, which immediately forwarded calls
15 coming into the VoIP numbers to cellular telephones assigned to fictitious subscribers.

16     e.    The Enterprise's telephone operators such as defendant JIE MU (aka "Jane")
17 answered the calls for telephone numbers posted on the website advertisements for prostitution services,
18 coordinated the meeting place between the prostitutes and their customers ("Johns"), and directed the
19 "Johns" to a particular brothel.

20     f.    The prostitutes kept approximately two-thirds of their earnings from the "Johns"
21 and paid one-third to the Enterprise, primarily through defendant ALLEN FONG.

22     g.    From at least March 4, 2004, through October 3, 2013, members of the Enterprise
23 sent numerous outgoing international wire transfers to Asian countries such as Singapore, Thailand,
24 China, Hong Kong, Taiwan, Vietnam, and the Philippines, including to known Enterprise members and
25 prostitutes.

26     h.    Members of the Enterprise provided logistical support for the brothels and the
27 prostitutes, including helping the prostitutes move in and out of brothels, transporting the prostitutes
28 from one brothel to another brothel, making bulk purchases of condoms from out-of-state condom

Indictment                  4

1 companies and delivering the condoms and other supplies to the brothels, and moving furniture and
2 household items into and out of the brothels.

3             i.        The Enterprise expanded the scope, nature, and geographical range of its
4 prostitution activities by opening additional brothels in different cities, enlarging its operations,
5 soliciting new prostitutes to work for the Enterprise, and increasing the roles of Enterprise members to
6 promote and carry on the prostitution business.

7        *D.*       *The Roles of the Defendants Within the Enterprise*

8        4.       At various times relevant to this Indictment, the defendants' roles in the Enterprise
9 included, but were not limited to, the following:

10             a.        ALLEN FONG is the head of the Enterprise. FONG was involved in the
11 recruitment of prostitutes from foreign countries and facilitated their importation into the United States;
12 the rental of apartments for use as brothels; and payments for the rent, deposits, and utilities at the
13 brothels, as well as other aspects of the operation, including online advertisements for prostitution
14 services, bulk condom purchases from out-of-state companies, and international and domestic airline
15 tickets for numerous Asian women, including for known prostitutes employed or associated with the
16 Enterprise. In addition, FONG transmitted numerous international wire transfers to Enterprise members,
17 including prostitutes, in foreign countries. FONG recruited other members and associates of the
18 Enterprise to promote its business and operations such as taking photographs of the prostitutes, posting
19 those photographs and advertisements for sexual services online, answering the telephone contact
20 numbers listed on the advertisements, and coordinating the sexual liaisons between the "Johns" and the
21 prostitutes. FONG was also involved in the day-to-day operations of the brothels such as delivering bulk
22 condoms and other supplies to the brothels, transporting prostitutes from the airport to the brothels and
23 between brothels, moving furniture and household items into and out of the brothels, and picking up the
24 Enterprise's share of the prostitutes' earnings from the brothels.

25             b.        YA HUAI HUNG was ALLEN FONG's partner at the Zenvision Spa operated as
26 an Enterprise brothel. HUNG opened two joint bank accounts with ALLEN FONG at the Bank of
27 America on behalf of Zenvision Spa and JP Morgan Chase Bank. From both bank accounts, numerous
28 payments were made for the operation of the Enterprise's prostitution operation, including payments for

Indictment                                        5

renting Zenvision Spa and other Enterprise brothels, prostitution advertisements, bulk purchase of condoms, VoIP telephone-shielding services, air fare for Asian women, including known Enterprise prostitutes, and wire transfers and other payments to co-conspirators and prostitutes. On August 12, 2013, YA HUAI HUNG and another Enterprise prostitute were present inside the brothel at 1341 David Street, Apt #107, San Mateo, California, which was leased by ALLEN FONG.

c. LEOW WAN RU VERON (a/k/a "Brisa") recruited prostitutes in Singapore to work for the Enterprise in the United States. LEOW WAN RU VERON was also a prostitute. VERON was paid for her services on behalf of the Enterprise, including at least twenty-three outgoing international wire transfers, totaling $179,218.00, ranging from $2,500.00 to $18,000.00, sent to VERON's DBS Bank Account in Singapore from on or about March 3, 2007, through June 30, 2011. Those wire transfers were funded from the Zenvision Bank of America and JP Morgan Chase Bank accounts held jointly by ALLEN FONG and YA HUAI HUNG; the United Commercial Bank account held jointly by ALLEN FONG and co-conspirator William Sharon; the Cathay Bank account held by ALLEN FONG; the United Commercial/East West Bank account held by ALLEN FONG; the Bank of America and JP Morgan Chase Bank accounts held by LEOW WAN RU VERON; and the Citibank account held by co-conspirator Alex Chan.

d. ROBERT CHUN took photographs of nude and partially nude prostitutes and posted those photographs online, together with advertisements offering their sexual services. CHUN also updated and revised the prostitution advertisements and assisted ALLEN FONG in updating prostitution advertisements posted by FONG. CHUN's cellular telephone contained at least thirteen text messages between CHUN and ALLEN FONG from approximately May 5, 2013, to July 4, 2013, where they discuss taking photographs and making Internet postings for female workers. CHUN'S computers contained photographs of nude and partially nude Enterprise prostitutes, including defendants YA HUAI HUNG and LEOW WAN RU VERON, and co-conspirators SJ, VK, and SWO. In addition, CHUN was the nominee lessee for at least two of the apartments used as brothels by the Enterprise. CHUN was paid $500.00 per month by ALLEN FONG for his services as a nominee lessee for each of the apartments that he rented. CHUN was also provided with cash or cashier's checks from ALLEN FONG to pay the rent for the apartments.

Indictment                                           6

1        e.    JIE MU (a/k/a "Jane") was a telephone operator who answered calls to the
2  telephone numbers posted on the Enterprise's online advertisements for prostitution services,
3  coordinated the meeting place between the "Johns" and the prostitutes, directed the "Johns" to a
4  particular brothel, and provided them with codes to security gates and doors to permit access to brothels
5  in secure buildings. On several occasions, JIE MU picked up prostitutes arriving from Asian countries at
6  the San Francisco International Airport. JIE MU also made cash pickups of the Enterprise's share of the
7  prostitutes' earnings from the brothels, helped prostitutes move in and out of the brothels, and
8  occasionally took some of the prostitutes sightseeing, shopping, or on other errands.  JIE MU sent a
9  \$2,000.00 international wire transfer to co-conspirator SWO in Singapore, a prostitute who worked for
10  the Enterprise.  When her husband LAURENCE SHU KWAN LEE assumed the role of internet
11  advertiser for the Enterprise, JIE MU provided LEE with a computer apparatus which contained data
12  related to the online prostitution advertisements provided to her by ROBERT CHUN.

13        f.    LAURENCE SHU KWAN LEE posted advertisements for prostitution services
14  on various Internet websites on behalf of the Enterprise. LEE used pre-paid gift cards to pay for the
15  Internet postings and also to purchase telephone numbers from telephone-shielding services. LEE either
16  created or purchased the e-mail addresses associated with the fictitious subscribers listed in the
17  advertisements. LEE was paid \$500.00 in cash per month by ALLEN FONG for each brothel that he
18  advertised. On a number of occasions, LEE drove his wife JIE MU to the brothels where she picked up
19  the Enterprise's share of the prostitutes' earnings and also dropped off supplies and cellular telephones
20  for the prostitutes. LEE also helped prostitutes move into, and move out of, several brothels.

21        g.    KEVIN HARTIG was the nominee lessee for four apartments used as brothels by
22  the Enterprise, and opened the PG&E accounts for three of those brothels.  Rents, deposits, and/or
23  PG&E utility payments were made from HARTIG's Wells Fargo Bank account, the United
24  Commercial/East West Bank account of ALLEN FONG, and the JP Morgan Chase Bank account held
25  jointly by ALLEN FONG and YA HUAI HUNG.

26        h.    WAYLEN FONG was the nominee lessee for two apartments used as brothels by
27  the Enterprise, and opened the PG&E accounts for both apartments.  His brother ALLEN FONG paid
28  for the PG&E services at both apartments from his United Commercial/East West Bank account. The

Indictment               7

1   rent and/or deposits for those apartments were paid directly by WAYLEN FONG, or indirectly through
2   money orders remitted in the name of "Waylen Fong."

3           i.      ANGELINA CHUONG was the nominee lessee for 2759 S. Norfolk Street, Apt
4   no. 211, San Mateo, California, and was paid $700.00 in cash per month by ALLEN FONG for her
5   services as a nominee lessee. On February 2, 2012, the date CHUONG signed the rental application for
6   Apt no. 211, she provided the leasing office with a rent deposit of $473.65 issued from her Wells Fargo
7   Bank account.  Through monies provided by ALLEN FONG, CHUONG paid the rent for Apt no. 211,
8   which included at least two money orders, totaling $1,767.83, dated February 8, 2012, and signed by
9   CHUONG.  CHUONG opened the PG&E account for Apt no. 211, and ALLEN FONG paid the PG&E
10  bills.  Approximately six weeks after CHUONG signed the lease for Apt no. 211 on February 7, 2012,
11  CHUONG leased her father-in-law's house at 2401 Erin Place, South San Francisco, California, to
12  Enterprise members and gave ALLEN FONG the key to the house.  On or about September 10, 2012, a
13  bulk shipment of 2,000 condoms, purchased by ALLEN FONG on August 25, 2012, was delivered via
14  the United Parcel Service to 2401 Erin Place, South San Francisco, California, and the same address was
15  used as the billing address for ALLEN FONG's purchase of an additional 2,000 condoms on March 12,
16  2013.

17          j.      CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana") was a prostitute who
18  was working at the Enterprise brothel on 3 Plaza View Lane, Apt no. 309, Foster City, CA, leased by
19  ALLEN FONG, during an undercover law enforcement operation on November 22, 2013. After that
20  brothel was closed down by the Foster City Police Department on or about November 22, 2013,
21  CHONTHICHA JAEMRATANASOPHIN and ALLEN FONG, posing as a couple, went to another
22  leasing office on or about January 22, 2014, where FONG leased 2719 S. Norfolk Street, Apt no. 311,
23  San Mateo, CA.    JAEMRATANASOPHIN sequentially used the addresses of approximately five
24  Enterprise brothels, and ALLEN FONG's residential address, as her residential address from November
25  2011 to February 2014, as set forth on her JP Morgan Chase Bank statements.  The rental records for the
26  Enterprise brothel at 1341 David Street, Apt no. 107, San Mateo, CA, leased by ALLEN FONG, list
27  CHONTHICHA JAEMRATANASOPHIN as a "co-resident." The JP Morgan Chase Bank account held
28  by JAEMRATANASOPHIN funded twenty outgoing international wire transfers, totaling $109,300.00,

Indictment                                    8

ranging from $1,800.00 to $9,000.00, to Singapore and Thailand from December 5, 2011, through October 3, 2013.

E. *The Racketeering Conspiracy*

5. Beginning from at least August 2002, and continuing to at least July 29, 2014, in the Northern District of California and elsewhere, the defendants,

> ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),
>
> YA HUAI HUNG,
>
> LEOW WAN RU VERON (a/k/a "Brisa"),
>
> ROBERT CHUN,
>
> JIE MU (a/k/a "Jane"),
>
> LAURENCE SHU KWAN LEE,
>
> KEVIN HARTIG,
>
> WAYLEN FONG,
>
> ANGELINA CHUONG, and
>
> CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"),

together with others known and unknown to the grand jury, being members employed by and associated with the Enterprise, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, did knowingly and intentionally conspire with each other, and with other persons, to violate Title 18, United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the Enterprise's affairs through a pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and (5), which pattern of racketeering activity consisted of multiple acts indictable under Title 18, United States Code, Section 1952 (Use of Facility in Interstate and Foreign Commerce to Promote Prostitution); Title 18, United States Code, Section 1956 (Laundering of Monetary Instruments); Title 18, United States Code, Section 2421 (Transportation for Prostitution), and Title 8, United States Code, Section 1328 (Importation of Alien for Immoral Purpose).

6. It was part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the Enterprise.

Indictment                                                    9

G.     Overt Acts

7.     In furtherance of the conspiracy and to accomplish the object of the conspiracy, the defendants and their co-conspirators, and others known and unknown to the Grand Jury, committed the following overt acts, among others, in the Northern District of California and elsewhere, on or about the dates set forth below, and as set forth in paragraphs 10, 17, 22, and 29 of this Indictment, incorporated by reference herein.

a.     As set forth in the table below, the following conspirators leased the properties used as Enterprise brothels for the periods indicated below:

| Overt Act | Brothel Location | Lease Holder(s) | Application Date | Approximate Dates of Lease | Approximate Dates Brothels Vacated |
|---|---|---|---|---|---|
| 1 | Zenvision Spa<br>2572 Appian Way, Pinole, CA | William Sharon | 8/29/02 | 8/29/02 to 3/16/09 | 3/16/09 |
| 2 | 3144 La Selva Circle, Apt #6, San Mateo, CA | Allen Fong & unnamed co-conspirator (CC #1) | 3/30/07 | 4/09/07 to 7/31/07 | 11/12/07 |
| 3 | 1315 Palos Verdes Drive, Apt #1, San Mateo, CA | William Sharon | 10/08/07 | 10/11/07 to 10/10/08 | 3/31/08 |
| 4 | 701 Salt Ct, Redwood City, CA | William Sharon | 10/19/07 | 10/24/07 to 4/30/08 | 12/29/07 |
| 5 | 590 Avocet Drive, Apt #7106, Redwood City, CA | William Sharon | 11/03/07 | 11/9/07 to 2/08/08 | 2/08/08 |
| 6 | 247 Arriba Drive, Apt #604, Sunnyvale, CA | William Sharon | 2/12/08 | 2/12/08 to 5/11/08 | 6/22/08 |
| 7 | 1145 Alameda De Las Pulgas, Apt. #9, Belmont, CA | Allen Fong & William Sharon | 2/27/08 | 2/29/08 to 4/30/08 | 4/24/08 |
| 8 | 3 Avocet Drive, Apt #3-104, Redwood City, CA | William Sharon | 3/12/08 | 3/14/08 to 6/13/08 | 6/23/08 |
| 9 | 3321 La Selva Circle, Apt #2, San Mateo, CA | William Sharon | 4/10/08 | 4/10/08 to 10/08/09 | 11/01/09 |
| 10 | 2723 S. Norfolk Street, Apt #311, San Mateo, CA | William Sharon | 5/09/08 | 5/10/08 to 5/09/09 | 5/09/09 |
| 11 | 337 S. Fremont Street, Apt #119, San Mateo, CA | William Sharon | 5/24/08 | 5/27/08 to 8/26/08 | 3/20/09 |

| 12 | 5624 Stevens Creek Blvd, Apt #151, San Mateo, CA | William Sharon | 7/22/08 | 7/23/08 to 10/22/08 | 12/02/08 |
| 13 | 149 Maple Street, Apt #1306, Redwood City, CA | William Sharon | 8/08/08 | 8/16/08 to 5/31/09 | 10/10/08 |
| 14 | 39440 Civic Center Drive, Apt #214, Fremont, CA | William Sharon | 9/23/08 | 9/25/08 to 12/24/08 | 11/07/08 |
| 15 | 505 Shell Pkwy, Apt #1106, Redwood City, CA | William Sharon | 9/30/08 | 10/07/08 to 4/06/09 | 4/30/09 |
| 16 | 5624 Stevens Creek Blvd, Apt #354, Cupertino, CA | Waylen Fong | 11/30/08 | 12/02/08 to 3/01/09 | 10/15/09 |
| 17 | 1624 Hope Drive, Apt #621, Santa Clara, CA | Waylen Fong | 3/23/09 | 3/23/09 to 7/22/09 | 7/22/09 |
| 18 | 19608 Pruneridge Ave, Apt #8105, Cupertino, CA | William Sharon | 4/07/09 | 4/07/09 to 8/06/09 | 10/01/09 |
| 19 | 20425 Via Paviso, Apt #D-14, Cupertino, CA | William Sharon | 7/31/09 | 8/04/09 to 3/31/10 | 4/13/10 |
| 20 | 950 E. Hillsdale Blvd, Apt #101, Foster City, CA | William Sharon | 11/10/09 | 11/10/09 to 5/09/10 | 5/20/10 |
| 21 | 700 Agnew Rd, Apt #210, Santa Clara, CA | William Sharon | 11/19/09 | 11/19/09 to 3/12/10 | 3/12/10 |
| 22 | 3297 La Selva Street, Apt #2, San Mateo, CA | Alex Chan | 2/04/10 | 2/05/10 to 6/27/10 | 6/29/10 |
| 23 | 2723 S. Norfolk Street, Apt #211, San Mateo, CA | Alex Chan | 2/18/10 | 2/22/10 to 2/21/11 | 9/09/10 |
| 24 | 744 Edgewater Blvd, Apt #201, Foster City, CA | Alex Chan | 2/19/10 | 3/14/10 to 9/13/10 | 9/13/10 |
| 25 | 2715 S. Norfolk St, Apt #111, San Mateo, CA | Alex Chan | 8/19/10 | 9/09/10 to 3/08/11 | 1/27/12 |
| 26 | 5600 Stevens Creek Blvd, Apt #311, Cupertino, CA | Alex Chan | 9/10/10 | 9/11/10 to 12/10/10 | 12/10/10 |
| 27 | 853 Commodore Drive, Apt #464, San Bruno, CA | William Sharon | 10/16/10 | 10/16/10 to 9/15/11 | 9/15/11 |
| 28 | 1000 Foster City Blvd, Apt #4408, Foster City, CA | Robert Chun | 4/19/11 | 5/11/11 to 2/29/12 | 4/09/12 |
| 29 | 7800 El Camino Real, Apt #122, | Robert Chun | 9/20/11 | 9/29/11 to 12/28/11 | 12/28/11 |

| | | Colma, CA | | | | |
|---|---|---|---|---|---|---|
| 30 | | 1000 Foster City Blvd, Apt #2109, Foster City, CA | Kevin Hartig | 12/31/11 | 1/27/12 to 7/31/12 | 9/28/12 |
| 31 | | 1000 Foster City Blvd, Apt #3208, Foster City, CA | Unnamed CC #2 | 1/31/12 | 1/31/12 to 10/05/12 | 10/05/12 |
| 32 | | 2759 S. Norfolk St, Apt #211, San Mateo, CA | Angelina Chuong | 2/02/12 | 2/07/12 to 11/06/12 | 8/10/12 |
| 33 | | 2401 Erin Place, South San Francisco, CA (lessor Angelina Chuong) | Enterprise members | On or about 3/19/12 | 3/19/12 to at least 9/30/12 | On or about 9/30/12 |
| 34 | | 2759 S. Norfolk St, Apt #103, San Mateo, CA | Kevin Hartig | 8/06/12 | 8/08/12 to 6/07/13 | 6/07/13 |
| 35 | | 1175 Park Place, Apt #103, San Mateo, CA | Kevin Hartig | 10/03/12 | 10/04/12 to 4/03/13 | 2/18/13 |
| 36 | | 2187 Vista Del Mar, San Mateo, CA | Kevin Hartig & Unnamed CC #2 | 10/12/12 | 10/12/12 to 10/11/13 | 8/26/13 |
| 37 | | 1341 David Street, Apt #107, San Mateo, CA | Allen Fong | 2/07/13 | 2/15/13 to 8/14/13 | 8/31/13 |
| 38 | | 700 Agnew Road, Apt #134, Santa Clara, CA | Allen Fong | 3/18/13 | 3/18/13 to 8/10/13 | 6/01/13 |
| 39 | | 3 Plaza View Ln, Apt # 309 Foster City, CA 94404 | Allen Fong | 6/07/13 | 6/07/13 to 3/01/14 | 11/30/13 |
| 40 | | 2719 S. Norfolk St, Apt #311, San Mateo, CA | Allen Fong | 1/10/14 | 1/22/14 to 1/21/15 | 7/29/14 |

b. The following additional overt acts, among others, were committed by the defendants and their co-conspirators, and others known and unknown to the Grand Jury, in the Northern District of California and elsewhere, on or about the dates set forth below:

| Overt Act | Approximate Date | |
|---|---|---|
| 41 | 8/29/02 | William Sharon and an associate signed the lease for the Enterprise brothel at Zenvision Spa. |
| 42 | 4/21/05 | A "Registration Form for Commercial Employers" dated 4/21/05, and signed by ALLEN FONG, was filed with the California Employment Development Department ("EDD") identifying YA HUAI HUNG as the "individual owner" of Zenvision Spa and ALLEN FONG as its "manager." |
| 43 | 2/20/08 | An Enterprise prostitute sexually solicited an undercover police officer at 1315 Palos Verdes Drive, Apt #1, San Mateo, CA, leased by William Sharon. |

Indictment 12

| 44 | 5/08/08 | ALLEN FONG initiated the rental of 2723 S. Norfolk Street, Apt #311, San Mateo, CA, and asked to complete the lease in the name of his "father-in-law" William Sharon. |
| 45 | 5/09/08 | ALLEN FONG and William Sharon arrived together to rent 2723 S. Norfolk Street, Apt #311, San Mateo, CA, and Sharon signed the lease. |
| 46 | 5/10/08 | Using a pickup truck, ALLEN FONG moved household items into 2723 S. Norfolk Street, Apt #311, San Mateo, CA. |
| 47 | 5/24/08 | ALLEN FONG and William Sharon arrived together to lease 337 S. Fremont Street, Apt # 119, San Mateo, CA, and Sharon signed the rental application. |
| 48 | 6/30/08 | JIE MU sent an outgoing international wire transfer for $2,000.00 to co-conspirator SWO in Singapore funded from MU's Bank of America account (ending 66425). |
| 49 | 7/22/08 | ALLEN FONG initiated the rental of 5624 Stevens Creek Blvd, Apt #151, Cupertino, CA, on behalf of William Sharon, whom ALLEN FONG described as his "father-in-law." |
| 50 | 7/23/08 | ALLEN FONG brought William Sharon into the leasing office to sign the lease for 5624 Stevens Creek Blvd, Apt #151, Cupertino, CA. |
| 51 | 9/09/08 | YA HUAI HUNG sent an outgoing international wire transfer for $3,500.00 to co-conspirator ELG in Singapore. |
| 52 | 10/07/08 | While posing as William Sharon's son-in-law, ALLEN FONG attempted to rent 505 Shell Pkwy, Apt #1106, Redwood City, in Sharon's name. |
| 53 | 10/07/08 | ALLEN FONG brought William Sharon to the leasing office, where Sharon signed the rental documents for 505 Shell Pkwy, Apt #1106, Redwood City, CA. |
| 54 | 10/27/08 | An Enterprise prostitute sexually solicited an undercover police officer at 337 S. Fremont Street, Apt #119, San Mateo, CA, leased by William Sharon. |
| 55 | 11/30/08 | WAYLEN FONG provided the leasing staff with a $99.00 deposit to rent 5624 Stevens Creek Blvd, Apt #354, Cupertino, CA. |
| 56 | 12/02/08 | WAYLEN FONG opened the PG&E account for 5624 Stevens Creek Blvd, Apt #354, Cupertino, CA. |
| 57 | 2/13/09 | An Enterprise prostitute sexually solicited an undercover police officer at 337 S. Fremont Street, Apt #119, San Mateo, CA, leased by William Sharon. |
| 58 | 2/25/09 | JIE MU and LAURENCE SHU KWAN LEE met with Enterprise prostitute SWO, and then drove SWO to the Washington Mutual Bank. |
| 59 | 2/25/09 | In a recorded conversation inside his vehicle, LAURENCE SHU KWAN LEE asked SWO if she had withdrawn more than $10,000.00 from the bank. |

Indictment                                          13

| 60 | 3/23/09 | WAYLEN FONG provided the rent payment, totaling \$2,304.52, to the leasing staff for 1624 Hope Drive, Apt #621, Santa Clara, CA. |
|---|---|---|
| 61 | 3/23/09 | WAYLEN FONG opened the PG&E account for 1624 Hope Drive, Apt #621, Santa Clara, CA. |
| 62 | 4/03/09 | ALLEN FONG entered 505 Shell Pkwy, Apt #1106, Redwood City, CA, leased by William Sharon. |
| 63 | 4/06/09 | ALLEN FONG entered 3321 La Selva Circle, Apt #2, San Mateo, CA, leased by William Sharon. |
| 64 | 4/06/09 | ALLEN FONG delivered supplies to 1624 Hope Drive, Apt # 621, Santa Clara, CA, leased by WAYLEN FONG. |
| 65 | 4/06/09 | ALLEN FONG delivered supplies to 5624 Stevens Creek Blvd, Apt #354, Cupertino, CA, leased by WAYLEN FONG. |
| 66 | 4/8/09 | ALLEN FONG traveled to 2723 S. Norfolk Street, Apt #311, San Mateo, CA, leased by William Sharon. |
| 67 | 4/23/09 | Co-conspirator VK sexually solicited an undercover police officer at 2723 S. Norfolk Street, Apt #311, San Mateo, CA, leased by William Sharon. |
| 68 | 8/04/09 | ALLEN FONG drove William Sharon and an Asian female to 5624 Stevens Creek Blvd, Cupertino, CA, and escorted the Asian female into Apt #354, leased by WAYLEN FONG. |
| 69 | 8/04/09 | ALLEN FONG and William Sharon arrived together to renew the lease for the Enterprise brothel at 19608 Pruneridge Avenue, Apt # 8105, Cupertino, CA, leased by William Sharon. |
| 70 | 7/21/09 | JIE MU cleaned 1624 Hope Drive, Apt #621, Santa Clara, CA, leased by WAYLEN FONG, and moved items out of that apartment. |
| 71 | 7/21/09 | JIE MU told leasing staff that she was cleaning and helping WAYLEN FONG move out of 1624 Hope Drive, Apt #621, Santa Clara, CA. |
| 72 | 7/21/09 | JIE MU attempted to retrieve WAYLON FONG's mail for 1624 Hope Drive, Apt #621, Santa Clara, CA. |
| 73 | 7/21/09 | JIE MU told leasing staff that WAYLEN FONG would come to the leasing office on "Friday" and retrieve his mail for 1624 Hope Drive, Apt #621, Santa Clara, CA. |
| 74 | 6/22/09 | WAYLEN FONG submitted a notice of intent to vacate 1624 Hope Drive, Apt #621, Santa Clara, CA. |
| 75 | 11/19/09 | ALLEN FONG and William Sharon met with a leasing staff member for the purpose of renting 700 Agnew Road, Apt #210, Santa Clara, CA. |
| 76 | 11/20/09 | ALLEN FONG provided a copy of William Sharon's driver's license to the leasing office for the rental of 700 Agnew Road, Apt #210, Santa Clara, CA. |

| 77 | 12/02/09 | ALLEN FONG and William Sharon together entered 700 Agnew Road, Apt #210, Santa Clara, CA. |
| 78 | 12/18/09 | ALLEN FONG entered 20425 Via Paviso, Apt #D-14, Cupertino, CA, leased by William Sharon, with a prostitute. |
| 79 | 12/19/09 | Inside the brothel at 20425 Via Paviso, Apt #D-14, Cupertino, CA, in a recorded conversation, ALLEN FONG told a prostitute how much money FONG needed to be paid from her prostitution earnings. |
| 80 | 2/22/10 | An Enterprise prostitute sexually solicited an undercover police officer at 20425 Via Paviso, Apt #D-14, Cupertino, CA, leased by William Sharon. |
| 81 | 2/22/10 | After an undercover officer was sexually solicited by an Enterprise prostitute at 20425 Via Paviso, Apt #D-14, Cupertino, CA, another brothel, SJ, called "Jane" [JIE MU], who told SJ to standby and she would have "the boss" call her. |
| 82 | 2/22/10 | A few minutes after JIE MU told SJ that the "boss" would call her, ALLEN FONG called SJ and pressed for details about the police operation. |
| 83 | 3/11/10 | Using his pick-up truck, ALLEN FONG and laborers moved items out of 700 Agnew Road, Apt #210, Santa Clara, CA, leased by William Sharon, and transported them to a Public Storage unit. |
| 84 | 6/28/10 | ALLEN FONG made an ATM cash deposit of $1,200.00 into the Bank of America account (ending 8321) held by LEOW WAN RU VERON. |
| 85 | 7/07/10 | ALLEN FONG made an ATM cash deposit of $2,300.00 into the Bank of America account (ending 8321) held by LEOW WAN RU VERON. |
| 86 | 7/12/10 | ALLEN FONG made an ATM cash deposit of $1,000.00 into the Bank of America account (ending 8321) held by LEOW WAN RU VERON. |
| 87 | 7/17/10 | ALLEN FONG made ATM cash deposits of $1,700.00 and $900.00, totaling $2,600.00, into the Bank of America account (ending 8321) held by LEOW WAN RU VERON. |
| 88 | 7/19/10 | ALLEN FONG made an ATM cash deposit of $900.00 into the Bank of America account (ending 8321) held by LEOW WAN RU VERON. |
| 89 | 8/17/10 | ALLEN FONG exited 1030A Balboa Street, San Francisco, CA, with an Asian female, and transported the female to 2723 S. Norfolk Street, Apt #211, San Mateo, CA, leased by Alex Chan. |
| 90 | 8/17/10 | ALLEN FONG entered the building of 744 Edgewater Blvd, Foster City, CA, where Apt #201 was leased by Alex Chan. |
| 91 | 9/03/10 | ALLEN FONG drove an Asian female from 2723 S. Norfolk Street, Apt #211, San Mateo, CA, to 744 Edgewater Blvd, Foster City, CA. |
| 92 | 9/03/10 | ALLEN FONG exited 744 Edgewater Blvd, Foster City, CA, and escorted another Asian female, and carried her luggage, into his vehicle. |

| | | | |
|---|---|---|---|
| 93 | 9/03/10 | ALLEN FONG drove the two Asian females to the Bank of America, where they made ATM transactions. | |
| 94 | 9/09/10 | ALLEN FONG and Alex Chan together entered the building at 2715 S. Norfolk, San Mateo, CA, leased by Alex Chan. | |
| 95 | 9/09/10 | ALLEN FONG moved items from 2723 S. Norfolk, Apt # 211, San Mateo, CA, leased by Alex Chan, to 2715 S. Norfolk Street, Apt # 111, San Mateo, CA, also leased by Alex Chan. | |
| 96 | 3/23/11 | An Enterprise prostitute sexually solicited an undercover police officer at 2715 S. Norfolk Street, Apt #111, San Mateo, CA, leased by Alex Chan. | |
| 97 | 4/13/11 | ALLEN FONG toured 1000 Foster City Blvd, Apt #4408, Foster City, CA, which was then leased by ROBERT CHUN beginning on 5/11/11. | |
| 98 | 9/28/11 | ROBERT CHUN paid $2,833.67 in rent for 7800 El Camino Real, Apt #122, Colma, CA, via a Citibank official check #311823166. | |
| 99 | 9/29/11 | ROBERT CHUN opened the PG&E account for 7800 El Camino Real, Apt #122, Colma, CA. | |
| 100 | 12/13/11 | An Enterprise prostitute sexually solicited an undercover police officer at 1000 Foster City Blvd, Apt #4408, Foster City, CA, leased by ROBERT CHUN. | |
| 101 | 1/24/12 | KEVIN HARTIG opened the PG&E account for 1000 Foster City Blvd, Apt #2109, Foster City, CA. | |
| 102 | 1/28/12 | KEVIN HARTIG paid $3,005.48 in rent for 1000 Foster City Blvd, Apt #2109, Foster City, CA, from his Wells Fargo account (ending 2282). | |
| 103 | 2/2/12 | ANGELINA CHUONG provided the leasing office with a deposit of $473.65 for 2759 S. Norfolk Street, Apt #211, San Mateo, CA, from her Wells Fargo Bank account (ending 2741). | |
| 104 | 2/08/12 | ANGELINA CHUONG submitted two money orders, totaling $1,767.83, and signed by CHUONG, to the leasing office for rent payment for 2759 S. Norfolk Street, Apt #211, San Mateo, CA. | |
| 105 | 2/09/12 | ANGELINA CHUONG opened the PG&E account for 2759 S. Norfolk Street, Apt #211, San Mateo, CA. | |
| 106 | 3/19/12 | ANGELINA CHUONG leased 2401 Erin Place, South San Francisco, CA, to Enterprise members. | |
| 107 | 3/19/12 | ANGELINA CHUONG gave ALLEN FONG the key to 2401 Erin Place, South San Francisco, CA. | |
| 108 | 8/08/12 | KEVIN HARTIG opened the PG&E account for 2759 S. Norfolk Street, Apt #103, San Mateo, CA. | |
| 109 | 8/09/12 | KEVIN HARTIG paid $2,007.48 in rent for 2759 S. Norfolk Street, Apt #103, San Mateo, CA, from his Wells Fargo account (ending 2282). | |

| | | |
|---|---|---|
| 110 | 10/04/12 | KEVIN HARTIG opened the PG&E account for 1175 Park Place, Apt #103, San Mateo, CA. |
| 111 | 10/04/12 | KEVIN HARTIG paid $2,648.26 in rent for 1175 Park Place, Apt #103, San Mateo, CA, from his Wells Fargo account (ending 2282). |
| 112 | 10/16/12 | An Enterprise prostitute sexually solicited an undercover police officer at 2759 S. Norfolk Street, Apt #103, San Mateo, CA, leased by KEVIN HARTIG. |
| 113 | 4/10/13 | ALLEN FONG entered 2187 Vista Del Mar, San Mateo, CA, leased by KEVIN HARTIG and unnamed CC #2. |
| 114 | 4/10/13 | ALLEN FONG escorted an Asian female from 2759 S. Norfolk Street, Apt #103, San Mateo, CA, leased by KEVIN HARTIG, and carried her luggage, into his vehicle. |
| 115 | 4/10/13 | ALLEN FONG drove an Asian female from 2759 S. Norfolk Street, Apt #103, San Mateo, CA, to 1341 David Street, San Mateo, CA, where Apt #107 was leased by ALLEN FONG. |
| 116 | 5/3/13 | ALLEN FONG delivered supplies to 2759 S. Norfolk Street, Apt #103, San Mateo, CA, leased by KEVIN HARTIG. |
| 117 | 5/3/13 | ALLEN FONG delivered supplies to 1341 David Street, Apt #107, San Mateo, CA, leased by ALLEN FONG. |
| 118 | 8/12/13 | During the execution of a federal search warrant at 1341 David Street, Apt #107, San Mateo, CA, leased by ALLEN FONG, YA HUAI HUNG and another Enterprise prostitute were present inside that brothel. |
| 119 | 8/12/13 | ALLEN FONG possessed approximately 1,088 condoms inside his vehicle. |
| 120 | 8/12/13 | ALLEN FONG possessed approximately eleven bank cards, including the Bank of America bank card (ending 0914) issued from the Bank of America account (ending 77382) opened in the name of Sakura Susa. |
| 121 | 10/03/13 | CHONTHICHA JAEMRATANASOPHIN sent an outgoing international wire transfer for $7,000.00 to her bank account in Singapore. |
| 122 | 11/22/13 | CHONTHICHA JAEMRATANASOPHIN and another prostitute were present inside the Enterprise brothel at 3 Plaza View Lane, Apt #309, Foster City, CA, leased by ALLEN FONG, during an undercover law enforcement operation. |
| 123 | 1/22/14 | ALLEN FONG and CHONTHICHA JAEMRATANASOPHIN, posing as a couple, went together to a leasing office, where ALLEN FONG rented 2719 S. Norfolk Street, Apt #311, San Mateo, CA. |

All in violation of Title 18, United States Code, Section 1962(d).

Indictment                                    17

1  COUNT TWO: (18 U.S.C. §§ 371 and 1952(a)(3) – Conspiracy to Use Interstate and Foreign Commerce in Aid of Racketeering Enterprise)

2

3       8.     The factual allegations contained in paragraphs one through four and seven are realleged and incorporated by reference as though fully set forth herein.

4

5       9.     Beginning from at least October 24, 2006, and continuing to at least November 22, 2013, 2014, in the Northern District of California and elsewhere, the defendants,

6

7              ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

8

9              LEOW WAN RU VERON (a/k/a "Brisa"),

10             ROBERT CHUN,

11             JIE MU (a/k/a "Jane"),

12             LAURENCE SHU KWAN LEE, and

13             YA HUAI HUNG,

14  knowingly conspired with each other, and with other persons known and unknown to the grand jury, to travel in interstate and foreign commerce, and use the mail and a facility in interstate commerce, namely, the telephone, the Internet, the United Parcel Service ("UPS"), and the United States Postal Service ("USPS"), with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, a business enterprise involving prostitution offenses in violation of the laws of the State in which they are committed and of the United States described in paragraph five above, and thereafter did perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity, to wit: Internet purchases of condoms, delivery of condoms across state lines by UPS and USPS, posting of prostitution advertisements online, answering calls for telephone numbers posted on the online advertisements, and making telephone calls for the purpose of coordinating sexual activity between prostitutes and customers in exchange for money.

25      10.    In furtherance of the conspiracy and to accomplish the object of the conspiracy, the defendants and their co-conspirators, and others known and unknown to the Grand Jury, committed the following overt acts, among others, in the Northern District of California and elsewhere, on or about the

Indictment                          18

dates set forth below:

| Overt Acts | Approximate Date | |
|---|---|---|
| 1 | 10/24/06 | LEOW WAN RU VERON ("BRISA") entered the United States at the San Francisco International Airport ("SFO") from Singapore. |
| 2 | 10/26/06 | Two days after LEOW WAN RU VERON entered the United States on 10/24/06, ROBERT CHUN made an online Craigslist posting (#226080485) of a prostitution advertisement for a Singaporean female named "Veron" entitled "Sexy Singaporeans or Busty YoYo." |
| 3 | 10/30/06 | ROBERT CHUN made an online Craigslist posting (#228061711) of a prostitution advertisement for a Singaporean female named "Veron." |
| 4 | 11/04/06 | ROBERT CHUN made an online Craigslist posting (#230165966) of a prostitution advertisement for a Singaporean female named "Veron." |
| 5 | 11/09/06 | ROBERT CHUN made an online Craigslist posting (#232455818) of a prostitution advertisement for a Singaporean female named "Brisa." |
| 6 | 11/13/06 | ROBERT CHUN made an online Craigslist posting (#234502112) of a prostitution advertisement for a Singaporean female named "Brisa." |
| 7 | 11/18/06 | ROBERT CHUN made an online Craigslist posting (#236883950) of a prostitution advertisement for a Singaporean female named "Brisa." |
| 8 | 11/23/06 | ROBERT CHUN made an online Craigslist posting (#238990139) of a prostitution advertisement for a Singaporean female named "Brisa." |
| 9 | 11/28/06 | ROBERT CHUN made an online Craigslist posting (#241148836) of a prostitution advertisement for a Singaporean female named "Brisa." |
| 10 | 12/03/06 | ROBERT CHUN made an online Craigslist posting (#243577115) of a prostitution advertisement for a Singaporean female named "Brisa." |
| 11 | 12/07/06 | ROBERT CHUN made an online Craigslist posting (#245768302) of a prostitution advertisement for a Singaporean female named "Brisa." |
| 12 | 12/12/06 | ROBERT CHUN made an online Craigslist posting (#248147040) of a prostitution advertisement for a Singaporean female named "Brisa." |
| 13 | 12/13/06 | ROBERT CHUN made an online Craigslist posting (#248759947) of a prostitution advertisement for a Singaporean female named |

| | | "Brisa." |
|---|---|---|
| 14 | 12/17/06 | ROBERT CHUN made an online Craigslist posting (#250395936) of a prostitution advertisement for a Singaporean female named "Brisa." |
| 15 | 1/22/07 | LEOW WAN RU VERON departed the United States from SFO to Singapore. |
| 16 | 4/19/07 | LEOW WAN RU VERON entered the United States at SFO from Singapore. |
| 17 | 4/19/07 | On her I-94 immigration entry document ("I-94"), LEOW WAN RU VERON listed the Enterprise brothel at 3144 La Selva Circle, Apt #6, San Mateo, CA, leased by Allen Fong & unnamed CC #1, as the location where she would be staying while in the United States. |
| 18 | 7/17/07 | LEOW WAN RU VERON departed the United States from SFO to Singapore. |
| 19 | 10/29/07 | Based upon flight reservations made by LEOW WAN RU VERON, co-conspirators VK and SHG entered the United States on the same flight from Singapore (through Taipei) to the San Francisco International Airport. |
| 20 | 10/29/07 | On her I-94, co-conspirator VK listed 3144 La Selva Circle, San Mateo, CA, leased by ALLEN FONG & unnamed CC #1, as the location where she would be staying while in the United States. |
| 21 | 10/29/07 | On her I-94, co-conspirator SHG listed 3144 La Selva Circle, San Mateo, CA, leased by ALLEN FONG & unnamed CC #1, as the location where she would be staying while in the United States. |
| 22 | 11/05/07 | Based upon flight reservations made by LEOW WAN RU VERON, two Asian women and LEOW WAN RU VERON entered the United States on the same flight from Singapore (through Taipei) to the Los Angeles International Airport ("LAX"). |
| 23 | 11/05/07 | From LAX, LEOW WAN RU VERON and two Asian women who took the same flight from Singapore to LAX on 11/05/07 also took the same flight from Burbank, CA, to Oakland, CA, on 11/05/07 based upon domestic airline tickets purchased by ALLEN FONG on 11/04/07 via his UCB/East West Bank account (ending 8930). |
| 24 | 2/02/08 | LEOW WAN RU VERON departed the United States from SFO to Singapore. |
| 25 | 2/20/08 | ROBERT CHUN made an online Craigslist posting (#579810942) of a prostitution advertisement for "Mina," which was used by a "John" to arrange for sexual services at the Enterprise brothel on 1315 Palos Verdes Dr, Apt # 101, San Mateo, CA, leased by William Sharon, on 2/20/08. |
| 26 | 5/13/08 | ALLEN FONG made an Internet purchase of 1,000 condoms from Go Live, Inc. located in Florida, and the condoms were shipped via |

| | | United Parcel Service to the San Francisco Residence. |
|---|---|---|
| 27 | 5/27/08 | LEOW WAN RU VERON entered the United States at SFO from Singapore. |
| 28 | 6/12/08 | ALLEN FONG made an Internet purchase of 2,000 condoms from Okamoto USA, Inc. located in Connecticut, and the condoms were shipped via Federal Express to the San Francisco residence. |
| 29 | 10/10/08 | ALLEN FONG made an Internet purchase of 2,000 condoms from Go Live, Inc. located in Florida, and the condoms were shipped via United Parcel Service to the San Francisco Residence. |
| 30 | 11/11/08 | ALLEN FONG made an Internet purchase of 6,000 condoms from Go Live, Inc. located in Florida, and the condoms were shipped via United Parcel Service to the San Francisco Residence. |
| 31 | 12/20/08 | LEOW WAN RU VERON departed the United States from SFO to Singapore. |
| 32 | 2/11/09 | LAURENCE LEE made an online Craigslist posting (#1031226572) of a prostitution advertisement for "Nora," which was used by an undercover officer to arrange for sexual services on 2/13/09 at the Enterprise brothel on 337 S. Fremont St, Apt #119, San Mateo, CA, leased by William Sharon. |
| 33 | 2/13/09 | JIE MU was the telephone operator who arranged prostitution services for an undercover officer on 2/13/09 at the Enterprise brothel located on 337 S. Fremont St, Apt #119, San Mateo, CA, leased by William Sharon. |
| 34 | 4/22/09 | LEOW WAN RU VERON entered the United States at SFO from Singapore. |
| 35 | 4/22/09 | On her I-94, LEOW WAN RU VERON listed 1030A Balboa St, San Francisco, CA, which was YA HUAI HUNG's residence owned by ALLEN FONG, as the location where she would be staying while in the United States. |
| 36 | 4/23/09 | JIE MU was the telephone operator who arranged prostitution services for an UC officer on 4/23/09 at the Enterprise brothel located on 2723 S. Norfolk St, Apt #311, San Mateo, CA, leased by William Sharon. |
| 37 | 4/23/09 | LAURENCE LEE made an online Craigslist posting (#1136671465) of a prostitution advertisement for "Luisa," which was used by an undercover officer to arrange for sexual services on 4/23/09 at the Enterprise brothel on 2723 S. Norfolk St, Apt #311, San Mateo, CA, leased by William Sharon. |
| 38 | 6/11/09 | ALLEN FONG made an Internet purchase of 6,000 condoms from Go Live, Inc. located in Florida, and the condoms were shipped via United Parcel Service to the San Francisco residence. |
| 39 | 7/18/09 | LEOW WAN RU VERON departed the United States from SFO to |

| | | Singapore. |
|---|---|---|
| 40 | 9/15/09 | JIE MU was the telephone operator who arranged prostitution services for a "John" at 5624 Stevens Creek Blvd, Apt #354, Cupertino, CA, leased by WAYLEN FONG. |
| 41 | 9/15/09 | JIE MU was the telephone operator who arranged prostitution services for a second "John" at 5624 Stevens Creek Blvd, Apt #354, Cupertino, CA, leased by WAYLEN FONG. |
| 42 | 9/15/09 | JIE MU was the telephone operator who arranged prostitution services for a third "John" at 19608 Pruneridge Ave, Apt #8105, Cupertino, CA, leased by William Sharon. |
| 43 | 9/15/09 | LAURENCE LEE made an online Craigslist posting (#1375728560) of a prostitution advertisement for "Lisa," which was used by a "John" on 9/15/09 to arrange for sexual services at the Enterprise brothel on 5624 Stevens Creek Blvd, Apt #354, Cupertino, CA, leased by WAYLEN FONG. |
| 44 | 9/15/09 | LAURENCE LEE made an online MyRedbook.com posting (#178449) of a prostitution advertisement for "Tina," which was used on 9/15/09 by a different "John" to arrange for sexual services at the Enterprise brothel on 5624 Stevens Creek Blvd, Apt #354, Cupertino, CA, leased by WAYLEN FONG. |
| 45 | 9/22/09 | JIE MU was the telephone operator who arranged prostitution services for an undercover officer on 9/22/09 at the Enterprise brothel located on 19608 Pruneridge Ave, Apt #8105, Cupertino, CA, leased by William Sharon. |
| 46 | 9/22/09 | JIE MU was the telephone operator who arranged prostitution services for a fourth "John" at 19608 Pruneridge Ave, Apt #8105, Cupertino, CA, on 9/22/09. |
| 47 | 2/22/10 | JIE MU was the telephone operator who arranged prostitution services for an undercover officer on 2/22/10 at the Enterprise brothel located on 20425 Via Paviso, Apt # D-14, Cupertino, CA, leased by William Sharon. |
| 48 | 2/22/10 | An Enterprise member made an online MyRedbook.com posting (#144120) of a prostitution advertisement for "Kate," which was used by an undercover officer on 2/22/10 to arrange for sexual services at the Enterprise brothel on 20425 Via Paviso, Apt # D-14, Cupertino, CA, leased by William Sharon. |
| 49 | 5/05/10 | LEOW WAN RU VERON entered the United States at SFO from Singapore. |
| 50 | 5/27/10 | ALLEN FONG made an Internet purchase of 5,040 condoms from Go Live, Inc. located in Florida, and the condoms were shipped via United States Postal Service to the residence of YA HUAI HUNG in San Francisco, CA. |
| 51 | 8/02/10 | LEOW WAN RU VERON departed the United States from SFO to |

| | | Singapore. |
|---|---|---|
| 52 | 2/15/11 | ALLEN FONG made an Internet purchase of 2,000 condoms from Go Live, Inc. located in Florida, and the condoms were shipped via United Parcel Service to the residence of YA HUAI HUNG in San Francisco, CA. |
| 53 | 8/02/11 | ALLEN FONG made Internet purchase of 3,124 condoms from Go Live, Inc. located in Florida, and the condoms were shipped via United Parcel Service to 1030A Balboa Street, San Francisco, CA. |
| 54 | 7/03/12 | An Enterprise member posted a prostitution advertisement (#377258) for sex with "Mika" on MyRedbook.com. |
| 55 | 7/03/12 | An Enterprise member posted a prostitution advertisement (#378653) for sex with "Mika" on MyRedbook.com. |
| 56 | 8/25/12 | Using Visa credit card (ending 0914) issued from a Bank of America account (ending 77382) opened in Sakura Susa's name, ALLEN FONG made an Internet purchase of 2,000 condoms from Global Protection Corp. located in Massachusetts, and the condoms were shipped via United Parcel Service to 2401 Erin Place, South San Francisco, CA. |
| 57 | 3/12/13 | Using Visa credit card (ending 0914), ALLEN FONG made an Internet purchase of 2,000 condoms from Global Protection Corp. located in Massachusetts, and the condoms were shipped via United Parcel Service to "YA HUAI HUNG" at 1030A Balboa Street, San Francisco, CA. |
| 58 | 9/25/13 | Using Visa credit card (ending 0564), ALLEN FONG made an Internet purchase of 3,000 condoms from Global Protection Corp. located in Massachusetts, with the billing contact as "Sakura Susa" at 1030A Balboa Street, San Francisco, CA. |
| 59 | 11/21/13 | An Enterprise member posted a prostitution advertisement (#582161) for sex with "Nana" on MyRedbook.com. |
| 60 | 11/22/13 | An Enterprise member posted a prostitution advertisement (#559330) for sex with "Nana" on MyRedbook.com. |

All in violation of Title 18, United States Code, Section 371 and 1952(a)(3).

COUNTS THREE THROUGH SEVEN: (18 U.S.C. §§ 1952(a)(3) and 2 – Use of Interstate Commerce in Aid of Racketeering Enterprise)

11. The factual allegations contained in paragraphs one through four and seven are realleged and incorporated by reference as though fully set forth herein.

12. On or about the dates listed below, in the Northern District of California and elsewhere, the defendant,

Indictment                                    23

1         ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto,"
a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a

2         "Jeff Woo"),

3 knowingly used the mail and a facility in interstate commerce, namely, the telephone, with the intent to

4 promote, manage, establish, carry on, and facilitate the promotion, management, establishment and

5 carrying on of an unlawful activity, that is, a business enterprise involving prostitution offenses in

6 violation of the laws of the State in which they are committed and of the United States described in

7 paragraph five, and thereafter did perform an act to promote, manage, establish and carry on, and to

8 facilitate the promotion, management, establishment and carrying on of such unlawful activity, to wit:

9 use of telephones to arrange sexual activity between prostitutes and customers in exchange for money,

10 as set forth below:

| Count | Approximate Date | Telephone No. | Account Provider for Telephone No. | Billing Contact for Account | Use of Telephone Number |
|-------|------------------|---------------|-------------------------------------|-----------------------------|--------------------------|
| 3 | 2/22/10 | (408) 731-9034 | Telusion, Inc. d/b/a TossableDigits.com | Lily Go Asswe123@gmail.com Acct # 6330 | UC officer arranged appointment with prostitute at 20425 Via Paviso, Apt # D-14, Cupertino, CA, by calling (408) 731-9034. |
| 4 | 3/23/11 | (650) 241-3583 | Phone.com | Allen Fong, 1030A Balboa St, San Francisco, CA 94118 (650) 630-1528 may1bobo@hotmail.com | UC officer arranged appointment with prostitute at 2715 S. Norfolk Street, Apt #111, San Mateo, CA, by calling (650) 241-3583. |
| 5 | 12/13/11 | (650) 241-3583 | Phone.com | Allen Fong, 1030A Balboa St, San Francisco, CA 94118 (650) 630-1528 may1bobo@hotmail.com | UC officer arranged appointment with prostitute at 1000 Foster City Blvd, Apt # 4408, Foster City, CA, by calling (650) 241-3583. |
| 6 | 10/16/12 | (650) 264-7568 | Phone.com | Steve Fujimoto, 512 22nd Ave, San Francisco, CA 94118 (650) 630-1528 may1bobo@hotmail.com | UC officer arranged appointment with prostitute at 2759 S. Norfolk Street, Apt #103, San Mateo, CA, by calling (650) 264-7568. |
| 7 | 11/21/13 | (408) 643-1217 | AT&T Wireless | William F. Sharon 1624 Hope Dr, Santa Clara, CA (650) 483-5756 may1bobo@hotmail.com | UC officer arranged appointment with prostitute at 3 Plaza View Lane, Apt # 309, Foster City, CA, by calling (408) 643-1217. |

All in violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

COUNTS EIGHT TROUGH THIRTEEN: (18 U.S.C. §§ 1952(a)(3) and 2 – Use of Interstate Commerce in Aid of Racketeering Enterprise)

13.     The factual allegations contained in paragraphs one through four and seven are realleged and incorporated by reference as though fully set forth herein.

14.     On or about the dates listed below, in the Northern District of California and elsewhere, the defendant,

> ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

knowingly used the mail and a facility in interstate commerce, namely, the Internet, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, a business enterprise involving prostitution offenses in violation of the laws of the State in which they are committed and of the United States described in paragraph five, and thereafter did perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity, to wit: the defendant made Internet postings of prostitution advertisements, as set forth below:

| Count | Approximate Date Prostitution Advertisement ("Ad") Posted on Internet | MyRedbook.com Ad Posting No. | Names Used to Post Ads | AT&T Unique IP Address Used to Post Ads | Name and Address of AT&T Customer Assigned Unique IP Address | Phone No. Linked to Ad Posting & Contact/Subscriber |
|---|---|---|---|---|---|---|
| 8 | 3/23/11 | # 210337 for sex with "Pamela" | "springfling" captured IP address 76.220.54.254 | 76.220.54.254 | Allen Fong with his listed residential address in San Mateo | (650) 241-3583 Phone.com<br><br>Allen Fong 1030A Balboa Street, San Francisco, CA (650) 630-1528 may1bobo@hotmail.com |
| 9 | 12/13/11 | # 285615 for sex with "Cookie" | "violeteyes" captured IP address 76.220.54.254 | 76.220.54.254 | Allen Fong with his listed residential address in San Mateo | (650) 241-3583 Phone.com<br><br>Allen Fong 1030A Balboa Street, San Francisco, CA (650) 630-1528 |

Indictment                                                25

| | | | | | | may1bobo@hotmail.com |
|---|---|---|---|---|---|---|
| 10 | 7/03/12 | # 178017 for sex with "Mika" | "discrete_lover" captured IP address 76.220.54.254 | 76.220.5 4.254 | Allen Fong with his listed residential address in San Mateo | (650) 241-3583 Phone.com  Allen Fong 1030A Balboa Street, San Francisco, CA (650) 630-1528 may1bobo@hotmail.com |
| 11 | 10/16/12 | # 414190 for sex with "Yuki" | "asianlust88" captured IP address 76.220.54.254 | 76.220.5 4.254 | Allen Fong with his listed residential address in San Mateo | (650) 264-7568 Phone.com  "Steve Fujimoto" (650) 630-1528 may1bobo@hotmail.com |
| 12 | 11/21/13 | # 582161 for sex with "Nana" | "zen-vision" captured IP address 76.220.54.254 | 76.220.5 4.254 | Allen Fong with his listed residential address in San Mateo | (408) 643-1217 AT&T  William F. Sharon 1624 Hope Dr, Santa Clara, CA (650) 483-5756 may1bobo@hotmail.com |
| 13 | 11/22/13 | # 559330 for sex with "Nana" | "asianxtacy" captured IP address 76.220.54.254 | 76.220.5 4.254 | Allen Fong with his listed residential address in San Mateo | (408) 643-1217 AT&T  William F. Sharon 1624 Hope Dr, Santa Clara, CA (650) 483-5756 may1bobo@hotmail.com |

All in violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

COUNT FOURTEEN: (18 U.S.C. §§ 1956(h) & 1956(a)(1)(A)(i) – Conspiracy to Launder Monetary Instruments)

15.     The factual allegations contained in paragraphs one through four and seven are realleged and incorporated by reference as though fully set forth herein.

16.     Beginning from at least August 2002, and continuing to at least July 29, 2014, in the Northern District of California and elsewhere, the defendants,

ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

WAYLEN FONG,

Indictment                                           26

KEVIN HARTIG,

ROBERT CHUN, and

ANGELINA CHUONG,

knowingly conspired with each other, and with other persons known and unknown to the grand jury, to conduct and attempt to conduct financial transactions representing the proceeds of unlawful activity, to wit: prostitution, knowing that the property involved in the financial transactions represented the proceeds of unlawful activity, with the intent to promote the carrying on of a specified unlawful activity, to wit: Use of Interstate Commerce in Aid of Racketeering Enterprise, in violation of 18 U.S.C. § 1952; Transportation for Prostitution, in violation of 18 U.S.C. § 2421; and Importation of Alien for Immoral Purpose, in violation of 8 U.S.C. § 1328.

17.     In furtherance of the conspiracy and to accomplish the objects of the conspiracy, the defendants and their co-conspirators, and others known and unknown to the Grand Jury, committed the following overt acts, among others, in the Northern District of California and elsewhere, involving rent and utility payments for Enterprise's brothels on or about the dates set forth below:

| Overt Act | Date of Financial Transaction | Amount | Purpose of Transaction | Method of Payment | Account Holder(s) or Remitter | Nominee Lessee of Apartment Used as Brothel |
|---|---|---|---|---|---|---|
| 1 | 11/30/08 | $99.00 | Deposit for 5624 Stevens Creek Blvd, Apt #354, Cupertino, CA | Safeway Money Order #68079718399 | Waylen Fong | Waylen Fong |
| 2 | 3/23/09 | $239.00 | Security Deposit ($199) plus Application Fee ($40) for 1624 Hope Drive, Apt #621, Santa Clara, CA | Online Payment | Waylen Fong | Waylen Fong |
| 3 | 3/23/09 | $2,304.52 | Rent payment for 1624 Hope Drive, Apt #621, Santa Clara, CA | Washington Mutual Bank Money Orders #1092402234, #1092402235, & #1092402236 | Waylen Fong | Waylen Fong |
| 4 | 6/02/09 | $1,000.00 | Rent payment for 5624 Stevens Creek Blvd, Apt #354, | Washington Mutual Money Order #1092402524 | Waylen Fong | Waylen Fong |

Indictment                                    27

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Cupertino, CA | | | |
| 5 | 10/02/09 | $288.93 | PG&E payment for 19608 Pruneridge Ave, Apt #8105, Cupertino, CA | UCB account (ending 9185) | Allen Fong & William Sharon | William Sharon |
| 6 | 10/02/09 | $222.09 | PG&E payment for 20425 Via Paviso, Apt #D-14, Cupertino, CA | UCB account (ending 9185) | Allen Fong & William Sharon | William Sharon |
| 7 | 11/16/09 | $ 173.75 | PG&E payment for 5624 Stevens Creek Blvd, Apt #354, Cupertino, CA | UCB/East West Bank account (ending 8930) | Allen Fong | Waylen Fong |
| 8 | 1/06/10 | $2,047.37 | Rent payment for 700 Agnew Rd, Apt #210, Santa Clara, CA | UCB account (ending 9185) | Allen Fong & William Sharon | William Sharon |
| 9 | 2/03/10 | $2,100.00 | Rent payment for 20425 Via Paviso, Apt #D-14, Cupertino, CA | UCB account (ending 9185) | Allen Fong & William Sharon | William Sharon |
| 10 | 2/05/10 | $2,073.56 | Rent payment for 700 Agnew Road, Apt #210, Santa Clara, CA | UCB account (ending 9185) | Allen Fong & William Sharon | William Sharon |
| 11 | 7/08/10 | $1,924.00 | Rent payment for 744 Edgewater Blvd, Apt #201, Foster City, CA | UCB/East West Bank account (ending 8930) | Allen Fong | Alex Chan |
| 12 | 11/23/10 | $306.38 | PG&E payment for 2715 S. Norfolk St, Apt #111, San Mateo, CA | Bank of America account (ending 77382) | Sakura Susa | Alex Chan |
| 13 | 7/08/11 | $ 116.62 | PG&E payment for 1000 Foster City, Apt #4408, Foster City, CA | UCB/East West Bank account (ending 8930) | Allen Fong | Robert Chun |
| 14 | 8/01/11 | $2,350.17 | Rent payment for 853 Commodore Dr., Apt #464, San Bruno, CA | Bank of America account (ending 77382) | Sakura Susa | William Sharon |
| 15 | 9/28/11 | $2,833.67 | Rent Payment for 7800 El Camino Real, Apt #122, Colma, CA | Citibank Official Check #311823166 | Robert Chun | Robert Chun |

| 16 | 1/25/12 | $107.50 | PG&E payment for 7800 El Camino Real, Apt #122, Colma, CA | Bank of America account (ending 77382) | Sakura Susa | Robert Chun |
| 17 | 1/25/12 | $252.44 | PG&E payment for 2715 S. Norfolk St, Apt #111, San Mateo, CA | Bank of America account (ending 77382) | Sakura Susa | Alex Chan |
| 18 | 2/02/12 | $473.65 | Deposit for 2759 S. Norfolk St, Apt #211, San Mateo, CA | Check # 1036 from Wells Fargo account (ending 2741) held by Angelina Chuong | Angelina Chuong | Angelina Chuong |
| 19 | 2/08/12 | $1,767.83 | Rent Payment for 2759 S. Norfolk St, Apt #211, San Mateo, CA | U.S. Postal Service Money Orders (#19422006930 & 19422006941) | Angelina Chuong | Angelina Chuong |
| 20 | 4/12/12 | $65.72 | PG&E payment for 2759 S. Norfolk St, Apt #211, San Mateo, CA | UCB/East West Bank account (ending 8930) | Allen Fong | Angelina Chuong |
| 21 | 7/06/12 | $2,169.00 | Rent payment for 2759 S. Norfolk St, Apt #211, San Mateo, CA | Bank of America account (ending 77382) | Sakura Susa | Angelina Chuong |
| 22 | 8/09/12 | $2,007.48 | Rent payment for 2759 S. Norfolk St, Apt #103, San Mateo, CA | Wells Fargo account (ending 2282) | Kevin Hartig | Kevin Hartig |
| 23 | 8/31/12 | $2,607.42 | Rent payment for 1000 Foster City, Apt #2109, Foster City, CA | Wells Fargo account (ending 2282) | Kevin Hartig | Kevin Hartig |
| 24 | 10/26/12 | $50.00 | PG&E payment for 2759 S. Norfolk St, Apt # 103, San Mateo, CA | UCB/East West Bank account (ending 8930) | Allen Fong | Kevin Hartig |
| 25 | 1/28/13 | $275.66 | PG&E payment for 2759 S. Norfolk St, Apt #103, San Mateo, CA | JPMC account (ending 04425) | Allen Fong & Ya Huai Hung | Kevin Hartig |
| 26 | 1/29/13 | $3,068.09 | Rent payment for 1175 Park Place, Apt #103, San Mateo, CA | Wells Fargo account (ending 2282) | Kevin Hartig | Kevin Hartig |

Indictment                                    29

| 27 | 4/03/13 | $2,759.00 | Rent payment for 700 Agnew Road, Apt #134, Santa Clara, CA | Bank of America account (ending 8519 | Allen Fong | Allen Fong |
| 28 | 6/04/13 | $ 600.00 | Deposit for 3 Plaza View Lane, Apt #309, Foster City, CA | UCB/East West Bank account (ending 8930) | Allen Fong | Allen Fong |

All in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i).

COUNTS FIFTEEN THROUGH TWENTY-THREE: (18 U.S.C. §§ 1956(a)(1)(A)(i) and 2 – Laundering of Monetary Instruments)

18.     The factual allegations contained in paragraphs one through four and seven are realleged and incorporated by reference as though fully set forth herein.

19.     On or about the dates listed below, in the Northern District of California and elsewhere, the defendant,

> ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

knowingly conducted, and attempted to conduct, financial transactions representing the proceeds of unlawful activity, to wit: prostitution, knowing that the property involved in the financial transactions represented the proceeds of unlawful activity, with the intent to promote the carrying on of a specified unlawful activity, to wit: Use of Interstate Commerce in Aid of Racketeering Enterprise, in violation of 18 U.S.C. § 1952; Transportation for Prostitution, in violation of 18 U.S.C. § 2421; and Importation of Alien for Immoral Purpose, in violation of 8 U.S.C. § 1328.

| Count | Date of Financial Transaction | Amount | Purpose of Transaction | Method of Payment | Account Holder(s) or Remitter | Nominee Lessee of Apartment Used as Brothel |
|-------|------------------------------|--------|------------------------|-------------------|-------------------------------|---------------------------------------------|
| 15 | 11/16/09 | $ 173.75 | PG&E payment for 5624 Stevens Creek Blvd, Apt #354, Cupertino, CA | UCB/East West Bank account (ending 8930) | Allen Fong | Waylen Fong |
| 16 | 7/08/10 | $1,924.00 | Rent payment for 744 Edgewater Blvd, Apt #201, Foster City, CA | UCB/East West Bank account (ending 8930) | Allen Fong | Alex Chan |
| 17 | 10/15/10 | $240.72 | Fees for 853 Commodore Dr., Apt #464, San Bruno, CA | UCB/East West Bank account (ending 8930) | Allen Fong | William Sharon |

Indictment                                         30

| 18 | 4/06/12 | $946.70 | Rent payment for 1000 Foster City, Apt #4408, Foster City, CA | UCB/East West Bank account (ending 8930) | Allen Fong | Robert Chun |
| 19 | 4/12/12 | $65.72 | PG&E payment for 2759 S. Norfolk St, Apt #211, San Mateo, CA | UCB/East West Bank account (ending 8930) | Allen Fong | Angelina Chuong |
| 20 | 3/19/13 | $642.00 | Fees for 700 Agnew Road, Apt #134, Santa Clara, CA | Bank of America account (ending 8519) | Allen Fong | Allen Fong |
| 21 | 3/21/13 | $1,068.00 | Rent payment for 700 Agnew Road, Apt #134, Santa Clara, CA | Bank of America account (ending 8519) | Allen Fong | Allen Fong |
| 22 | 4/03/13 | $2,759.00 | Rent payment for 700 Agnew Road, Apt #134, Santa Clara, CA | Bank of America account (ending 8519 | Allen Fong | Allen Fong |
| 23 | 6/04/13 | $600.00 | Deposit for 3 Plaza View Lane, Apt #309, Foster City, CA | UCB/East West Bank account (ending 8930) | Allen Fong | Allen Fong |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

COUNT TWENTY-FOUR: (18 U.S.C. §§ 1956(h) & 1956(a)(2)(A) – Conspiracy to Transport Funds to Promote Unlawful Activity)

20. The factual allegations contained in paragraphs one through four and seven are realleged and incorporated by reference as though fully set forth herein.

21. Beginning from at least March 4, 2004, and continuing to at least October 3, 2013, in the Northern District of California and elsewhere, the defendants,

ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"),

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"), and

JIE MU (a/k/a "Jane"),

knowingly conspired with each other, and with other persons known and unknown to the grand jury, to transport, transmit, and transfer, and attempt to transport, transmit, and transfer, a monetary instrument

Indictment                                          31

1   and funds from the United States to and through a place outside the United States, with the intent to
2   promote the carrying on of a specified unlawful activity, to wit: Use of Interstate and Foreign Commerce
3   in Aid of Racketeering Enterprise, in violation of 18 U.S.C. § 1952; Transportation for Prostitution, in
4   violation of 18 U.S.C. § 2421; and Importation of Alien for Immoral Purpose, in violation of 8 U.S.C.
5   § 1328.

6      22.   In furtherance of the conspiracy and to accomplish the object of the conspiracy, the
7   defendants and their co-conspirators, and others known and unknown to the Grand Jury, committed the
8   following overt acts, among others, in the Northern District of California and elsewhere, involving
9   international wire transfers sent by Enterprise members from the United States to foreign countries,
10  including to known Enterprise members and prostitutes on or about the dates set forth below:

| Overt Act | Date of Wire Transfer sent from the United States | Amount of Wire Transfer | Method of Payment | Account Holder(s) or Issuer | Receiving Location Outside the United States | Beneficiary |
|---|---|---|---|---|---|---|
| 1 | 7/02/06 | $2,000.00 | Western Union | Allen Fong | Canada | Jie Mu |
| 2 | 3/09/07 | $1,000.00 | Zenvision Bank of America account (ending 40008) | Allen Fong & Ya Huai Hung | Singapore | Leow Wan Ru Veron |
| 3 | 5/03/07 | $8,000.00 | Cathay Bank account (ending 5745) | Allen Fong | Singapore | Leow Wan Ru Veron |
| 4 | 5/22/07 | $9,000.00 | Cathay Bank account (ending 5745) | Allen Fong | Singapore | Leow Wan Ru Veron |
| 5 | 9/04/07 | $3,810.00 | Zenvision Bank of America account (ending 40008) | Allen Fong & Ya Huai Hung | Singapore | SWO |
| 6 | 9/18/07 | $5,000.00 | UCB/East West account (ending 8930) | Allen Fong | Singapore | Leow Wan Ru Veron |
| 7 | 10/10/07 | $6,500.00 | UCB/East West account (ending 8930) | Allen Fong | Singapore | Leow Wan Ru Veron |
| 8 | 12/07/07 | $6,000.00 | UCB account (ending 9185) | Allen Fong & William Sharon | Singapore | Leow Wan Ru Veron |
| 10 | 1/25/08 | $18,000.00 | UCB account (ending 9185) | Allen Fong & William Sharon | Singapore | Leow Wan Ru Veron |
| 11 | 2/22/08 | $14,308.00 | UCB account (ending 9185) | Allen Fong & William Sharon | Singapore | Leow Wan Ru Veron |
| 12 | 5/22/08 | $6,000.00 | UCB account (ending 9185) | Allen Fong & William Sharon | Singapore | Leow Wan Ru Veron |
| 13 | 6/30/08 | $2,000.00 | Bank of America account (ending | Jie Mu | Singapore | SWO |

Indictment              32

| | | | 66425) | | | |
|---|---|---|---|---|---|---|
| 14 | 7/14/08 | $6,600.00 | UCB/East West account (ending 8930) | Allen Fong | Singapore | SBH |
| 15 | 7/30/08 | $5,600.00 | Zenvision Bank of America account (ending 40008) | Allen Fong & Ya Huai Hung | Singapore | ELG |
| 16 | 7/31/08 | $8,000.00 | Citibank account (ending 7310) | Alex Chan | Singapore | Leow Wan Ru Veron |
| 17 | 8/29/08 | $6,600.00 | UCB account (ending 9185) | Allen Fong & William Sharon | Singapore | SBH |
| 18 | 9/9/08 | $3,500.00 | Zenvision Bank of America account (ending 40008) | Allen Fong & Ya Huai Hung | Singapore | ELG |
| 19 | 10/15/08 | $9,900.00 | Bank of America account (ending 68419) | Leow Wan Ru Veron | Singapore | Leow Wan Ru Veron |
| 20 | 10/24/08 | $4,000.00 | Zenvision Bank of America account (ending 40008) | Allen Fong & Ya Huai Hung | Singapore | NBH |
| 21 | 3/20/09 | $2,500.00 | JPMC account (ending 0442-5) | Allen Fong & Ya Huai Hung | Singapore | NBH |
| 22 | 6/22/09 | $9,500.00 | JPMC account (ending 7464) | Leow Wan Ru Veron | Singapore | Leow Wan Ru Veron |
| 23 | 7/09/09 | $9,500.00 | JPMC account (ending 7464) | Leow Wan Ru Veron | Singapore | Leow Wan Ru Veron |
| 24 | 7/13/09 | $9,000.00 | Bank of America account (ending 68419) | Leow Wan Ru Veron | Singapore | Leow Wan Ru Veron |
| 25 | 8/18/09 | $1,500.00 | JPMC account (ending 0442-5) | Allen Fong & Ya Huai Hung | Singapore | NBH |
| 26 | 9/08/09 | $2,000.00 | JPMC account (ending 0442-5) | Allen Fong & Ya Huai Hung | Singapore | NBH |
| 27 | 10/26/09 | $2,610.00 | JPMC account (ending 40442-5) | Allen Fong & Ya Huai Hung | Singapore | Leow Wan Ru Veron |
| 28 | 2/02/10 | $1,800.00 | JPMC account (ending 40442-5) | Allen Fong & Ya Huai Hung | Singapore | NBH |
| 29 | 2/13/10 | $1,700.00 | Western Union | Allen Fong | Singapore | SBH |
| 30 | 2/18/10 | $4,500.00 | JPMC account (ending 40442-5) | Allen Fong & Ya Huai Hung | Singapore | Leow Wan Ru Veron |
| 31 | 6/03/10 | $9,000.00 | JPMC account (ending 7464) | Leow Wan Ru Veron | Singapore | Leow Wan Ru Veron |
| 32 | 7/13/10 | $9,900.00 | Bank of America account (ending 68419) | Leow Wan Ru Veron | Singapore | Leow Wan Ru Veron |
| 33 | 10/26/10 | $2,500.00 | JPMC account (ending 40442-5) | Allen Fong & Ya Huai Hung | Singapore | Leow Wan Ru Veron |
| 34 | 1/25/11 | $4,000.00 | JPMC account (ending 40442-5) | Allen Fong & Ya Huai Hung | Singapore | Leow Wan Ru Veron |
| 35 | 6/30/11 | $9,000.00 | JPMC account (ending 40442-5) | Allen Fong & Ya Huai Hung | Singapore | Leow Wan Ru Veron |
| 36 | 12/05/11 | $5,000.00 | JPMC account (ending 5066) | Chonthicha Jaemratanasophin | Singapore | Chonthicha Jaemratanasophin |
| 37 | 1/17/12 | $4,800.00 | JPMC account (ending 5066) | Chonthicha Jaemratanasophin | Singapore | Chonthicha Jaemratanasophin |
| 38 | 8/06/12 | $2,500.00 | JPMC account (ending 40442-5) | Chonthicha Jaemratanasophin | Singapore | Chonthicha Jaemratanasophin |

| 39 | 3/05/13 | $9,000.00 | JPMC account (ending 40442-5) | Chonthicha Jaemratanasophin | Thailand | Chonthicha Jaemratanasophin |
| 40 | 7/01/13 | $8,000.00 | JPMC account (ending 40442-5) | Chonthicha Jaemratanasophin | Thailand | Chonthicha Jaemratanasophin |
| 41 | 10/03/13 | $7,000.00 | JPMC account (ending 40442-5) | Chonthicha Jaemratanasophin | Thailand | Chonthicha Jaemratanasophin |

All in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(2)(A).

COUNTS TWENTY-FIVE THROUGH THIRTY-ONE: (18 U.S.C. §§ 1956(a)(2)(A) and 2 – Transportation of Funds to Promote Unlawful Activity)

23.     The factual allegations contained in paragraphs one through four and seven are realleged and incorporated by reference as though fully set forth herein.

24.     On or about the dates listed below, in the Northern District of California and elsewhere, the defendants,

ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG, and

LEOW WAN RU VERON (a/k/a "Brisa"),

knowingly transported, transmitted, and transferred, and attempted to transport, transmit, and transfer, a monetary instrument and funds from the United States to and through a place outside the United States, with the intent to promote the carrying on of a specified unlawful activity, to wit: Use of Interstate and Foreign Commerce in Aid of Racketeering Enterprise, in violation of 18 U.S.C. § 1952; Transportation for Prostitution, in violation of 18 U.S.C. § 2421; and Importation of Alien for Immoral Purpose, in violation of 8 U.S.C. § 1328, as set forth below:

| Count | Date of Wire Transfer sent from the United States | Amount of Wire Transfer | Method of Payment | Account Holder(s) or Issuer | Receiving Location Outside the United States | Beneficiary |
|---|---|---|---|---|---|---|
| 25 | 10/26/09 | $2,610.00 | JPMC account (ending 40442-5) | Allen Fong & Ya Huai Hung | Singapore | Leow Wan Ru Veron |
| 26 | 2/18/10 | $4,500.00 | JPMC account (ending 40442-5) | Allen Fong & Ya Huai Hung | Singapore | Leow Wan Ru Veron |
| 27 | 6/03/10 | $9,000.00 | JPMC account (ending 7464) | Leow Wan Ru Veron | Singapore | Leow Wan Ru Veron |
| 28 | 7/13/10 | $9,900.00 | Bank of America account (ending 68419) | Leow Wan Ru Veron | Singapore | Leow Wan Ru Veron |
| 29 | 10/26/10 | $2,500.00 | JPMC account | Allen Fong & Ya | Singapore | Leow Wan Ru Veron |

Indictment                                                34

| 30 | 1/25/11 | $4,000.00 | JPMC account (ending 40442-5) | Allen Fong & Ya Huai Hung | Singapore | Leow Wan Ru Veron |
| 31 | 6/30/11 | $9,000.00 | JPMC account (ending 40442-5) | Allen Fong & Ya Huai Hung | Singapore | Leow Wan Ru Veron |

All in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

COUNT THIRTY-TWO: (18 U.S.C. §§ 371 & 2421, and 8 U.S.C. § 1328 – Conspiracy to Transport for Prostitution and Importation of Alien for Immoral Purpose)

25.     The factual allegations contained in paragraphs one through four and seven are realleged and incorporated by reference as though fully set forth herein.

26.     Beginning from at least October 24, 2006, and continuing to at least November 22, 2013, in the Northern District of California and elsewhere, the defendants,

> ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),
>
> YA HUAI HUNG,
>
> LEOW WAN RU VERON (a/k/a "Brisa"), and
>
> JIE MU (a/k/a "Jane"),

knowingly conspired with each other, and with other persons known and unknown to the grand jury, to transport an individual in interstate and foreign commerce to engage in prostitution, in violation of Title 18, United States Code, Section 2421, and import an alien into the United States for the purpose of prostitution and to keep, maintain, control, support, employ, and harbor such alien in a house and other place for the purpose of prostitution in pursuance of such illegal importation, in violation of Title 8, United States Code, Section 1328.

27.     It was a part and an object of the conspiracy that the defendants,

> ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),
>
> YA HUAI HUNG,
>
> LEOW WAN RU VERON (a/k/a "Brisa"), and
>
> JIE MU (a/k/a "Jane"),

knowingly transported, and attempted to transport, a person in interstate and foreign commerce with the

Indictment                                    35

1  intent that such person engage in prostitution and any sexual activity for which any person can be

2  charged with a criminal offense, in violation of Title 18, United States Code, Section 2421.

3      28.    It was further a part and an object of the conspiracy that the defendants,

4  ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto,"
   a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a
5  "Jeff Woo"),

6  YA HUAI HUNG,

7  LEOW WAN RU VERON (a/k/a "Brisa"), and

8  JIE MU (a/k/a "Jane"),

9  directly and indirectly imported, and attempted to import, into the United States, an alien for the purpose

10  of prostitution and for other immoral purpose, and to keep, maintain, control, support, employ, and

11  harbor such alien in a house and other place, for the purpose of prostitution and other immoral purpose

12  in pursuance of such illegal importation, in violation of Title 8, United States Code, Section 1328.

13      29.    In furtherance of the conspiracy and to accomplish the objects of the conspiracy, the

14  defendants and their co-conspirators, and others known and unknown to the Grand Jury, committed the

15  following overt acts, among others, in the Northern District of California and elsewhere, on or about the

16  dates set forth below:

| Overt Act | Approximate Date | |
|---|---|---|
| 1 | 10/24/06 | LEOW WAN RU VERON entered the United States at SFO from Singapore. |
| 2 | 10/26/06 | Two days after LEOW WAN RU VERON entered the United States on 10/24/06, ROBERT CHUN posted a Craigslist prostitution advertisement (#226080485) for a Singaporean female named "Veron" entitled "Sexy Singaporeans or Busty YoYo." |
| 3 | 3/09/07 | An outgoing international wire transfer for $1,000.00 was sent to LEOW WAN RU VERON in Singapore from the Zenvision Bank account (ending 40008) held jointly by ALLEN FONG and YA HUAI HUNG. |
| 4 | 4/19/07 | LEOW WAN RU VERON entered the United States at SFO from Singapore. |
| 5 | 4/19/07 | On her I-94 immigration entry document ("I-94"), LEOW WAN RU VERON listed the Enterprise brothel at 3144 La Selva Circle, Apt # 6, San Mateo, CA (leased by ALLEN FONG & unnamed CC #1), as the location where she would be staying while in the United States. |
| 6 | 5/03/07 | ALLEN FONG sent an outgoing international wire transfer for $8,000.00 to LEOW WAN RU VERON in Singapore from FONG's Cathay Bank |

| | | | account (ending 5745). |
|---|---|---|---|
| 7 | 5/22/07 | | ALLEN FONG sent an outgoing international wire transfer for $9,000.00 to LEOW WAN RU VERON in Singapore from FONG's Cathay Bank account (ending 5745). |
| 8 | 7/06/07 | | Co-conspirator ELG entered the United States from Singapore. |
| 9 | 7/06/07 | | On her I-94, co-conspirator ELG listed ALLEN FONG's property at 1030A Balboa Street, San Francisco, CA, as the location where she would be staying while in the United States. |
| 10 | 8/11/07 | | Co-conspirator SWO entered the United States from Singapore. |
| 11 | 9/04/07 | | An outgoing international wire transfer for $3,810.00 was sent to co-conspirator SWO in Singapore from the Zenvision Bank of America account (ending 40008) held jointly by ALLEN FONG and YA HUAI HUNG. |
| 12 | 9/18/07 | | ALLEN FONG sent an outgoing international wire transfer for $5,000.00 to LEOW WAN RU VERON in Singapore from FONG's UCB/East West Bank account (ending 8930). |
| 13 | 10/10/07 | | ALLEN FONG sent an outgoing international wire transfer for $6,500.00 to LEOW WAN RU VERON in Singapore from FONG's UCB/East West Bank account (ending 8930). |
| 14 | 10/29/07 | | Based upon flight reservations made by LEOW WAN RU VERON, co-conspirators VK and SHG entered the United States on the same flight from Singapore (through Taipei) to the San Francisco International Airport. |
| 15 | 10/29/07 | | On her I-94, co-conspirator VK listed the Enterprise brothel at 3144 La Selva Circle, San Mateo, CA (leased by ALLEN FONG & unnamed CC #1), as the location where she would be staying while in the United States. |
| 16 | 10/29/07 | | On her I-94, co-conspirator SHG listed the Enterprise brothel at 3144 La Selva Circle, San Mateo, CA (leased by ALLEN FONG & unnamed CC #1), as the location where she would be staying while in the United States. |
| 17 | 11/05/07 | | Based upon flight reservations made by LEOW WAN RU VERON, two Asian women and LEOW WAN RU VERON entered the United States on the same flight from Singapore (through Taipei) to the Los Angeles International Airport ("LAX"). |
| 18 | 11/05/07 | | From LAX, LEOW WAN RU VERON and two Asian women who took the same flight from Singapore to LAX on 11/5/07 also took the same flight from Burbank, CA, to Oakland, CA, on 11/05/07 based upon the domestic airline tickets purchased by ALLEN FONG via his UCB/East West Bank account (ending 8930). |
| 19 | 12/07/07 | | An outgoing international wire transfer for $6,000.00 was sent to LEOW WAN RU VERON in Singapore from the UCB account (ending 9185) held jointly by ALLEN FONG and William Sharon. |

Indictment 37

| 20 | 1/25/08 | An outgoing international wire transfer for $18,000.00 was sent to LEOW WAN RU VERON in Singapore from the UCB account (ending 9185) held jointly by ALLEN FONG and William Sharon. |
| 21 | 2/22/08 | An outgoing international wire transfer for $14,308.00 was sent to LEOW WAN RU VERON in Singapore from the UCB account (ending 9185) held jointly by ALLEN FONG and William Sharon. |
| 22 | 2/28/08 | Co-conspirator SPL entered the United States from Hong Kong. |
| 23 | 2/28/08 | On her I-94, co-conspirator SPL listed the San Francisco Residence as the location where she would be staying while in the United States. |
| 24 | 3/08/08 | Co-conspirator ELG entered the United States from Singapore. |
| 25 | 3/08/08 | On her I-94, co-conspirator ELG listed the San Francisco Residence as the location where she would be staying while in the United States. |
| 26 | 3/15/08 | Co-conspirator TMC entered the United States from Singapore. |
| 27 | 3/15/08 | On her I-94, co-conspirator TMC listed the San Francisco Residence as the location where she would be staying while in the United States. |
| 28 | 5/22/08 | An outgoing international wire transfer for $6,000.00 was sent to LEOW WAN RU VERON in Singapore from the UCB account (ending 9185) held jointly by ALLEN FONG and William Sharon. |
| 29 | 5/26/08 | Co-conspirator SWO entered the United States at LAX from Singapore. |
| 30 | 5/27/08 | LEOW WAN RU VERON entered the United States at LAX from Singapore. |
| 31 | 6/30/08 | JIE MU sent an outgoing international wire transfer for $2,000.00 to co-conspirator SWO in Singapore funded from MU's Bank of America account (ending 66425). |
| 32 | 7/30/08 | An outgoing international wire transfer for $5,600.00 was sent to co-conspirator ELG in Singapore from the Zenvision Bank account (ending 40008) held jointly by ALLEN FONG and YA HUAI HUNG. |
| 33 | 7/31/08 | Alex Chan sent an outgoing international wire transfer for $8,000.00 to LEOW WAN RU VERON in Singapore from Chan's Citibank account (ending 7310). |
| 34 | 9/09/08 | An outgoing international wire transfer for $3,500.00 was sent to co-conspirator ELG in Singapore from the Zenvision Bank account (ending 40008) held jointly by ALLEN FONG and YA HUAI HUNG. |
| 35 | 9/16/08 | Co-conspirator TMC entered the United States from Singapore. |
| 36 | 9/16/08 | On her I-94, co-conspirator TMC listed the San Francisco Residence as the location where she would be staying while in the United States. |
| 37 | 9/16/08 | Co-conspirator TMH entered the United States from Singapore. |

| 38 | 9/16/08 | On her I-94, co-conspirator TMH listed the San Francisco Residence as the location where she would be staying while in the United States. |
| 39 | 9/19/08 | Co-conspirator PYY entered the United States from Singapore. |
| 40 | 9/19/08 | On her I-94, co-conspirator PYY listed the San Francisco Residence as the location where she would be staying while in the United States. |
| 41 | 9/20/08 | On or about 9/20/08, co-conspirator TMC was present inside the Enterprise brothel at 337 S. Fremont Street, Apt #311, San Mateo, CA, leased by William Sharon, when encountered by a leasing staff member. |
| 42 | 10/23/08 | Co-conspirator TMH and another prostitute were present inside the Enterprise brothel at 39440 Civic Center Drive, Apt # 214, Fremont, CA, leased by William Sharon, during a law enforcement investigation. |
| 43 | 10/24/08 | An outgoing international wire transfer for $4,000.00 was sent to co-conspirator NBH in Singapore from the Zenvision Bank of America account (ending 40008) held jointly by ALLEN FONG and YA HUAI HUNG. |
| 44 | 11/23/08 | Co-conspirator NBH entered the United States from Singapore. |
| 45 | 11/23/08 | On her I-94, co-conspirator NBH listed the Enterprise brothel at 247 Arriba Street, Apt # 4, Sunnyvale, CA, leased by William Sharon, as the location she would be staying while in the United States. |
| 46 | 11/27/08 | Co-conspirator SWO entered the United States at SFO from Singapore. |
| 47 | 11/27/08 | On her I-94, co-conspirator SWO listed the San Francisco Residence as the location where she would be staying while in the United States. |
| 48 | 12/20/08 | LEOW WAN RU VERON departed the United States from SFO to Singapore. |
| 49 | 2/13/09 | Co-conspirator SWO was present inside the Enterprise brothel at 337 S. Fremont Street, Apt #119, San Mateo, CA, leased by William Sharon, during an undercover law enforcement operation. |
| 50 | 3/20/09 | An outgoing international wire transfer for $2,500.00 was sent to co-conspirator NBH in Singapore from the JPMC account (ending 0442-5) held jointly by ALLEN FONG and YA HUAI HUNG. |
| 51 | 4/08/09 | In a recorded telephone conversation on 4/08/09, ALLEN FONG told a prostitute that he had to pick up a woman from the airport on 4/08/09, and that the woman would start working on 4/10/09, the day his "new place" in Cupertino would be open. |
| 52 | 4/08/09 | ALLEN FONG picked up co-conspirator TTN, who was arriving from Singapore, at SFO, and drove her to the Enterprise brothel at 505 Shell Parkway, Apt #1106, Redwood City, CA, leased by William Sharon. |
| 53 | 4/22/09 | LEOW WAN RU VERON entered the United States at SFO from Singapore. |

Indictment                                          39


| 54 | 4/22/09 | On her I-94, LEOW WAN RU VERON listed 1030A Balboa St, San Francisco, CA, which was YA HUAI HUNG's residence owned by ALLEN FONG, as the location where she would be staying while in the United States. |
|----|---------|----|
| 55 | 4/23/09 | Co-conspirator VK sexually solicited an undercover officer inside the Enterprise brothel on 2723 S. Norfolk Street, Apt #311, San Mateo, CA (leased by William Sharon). |
| 56 | 6/01/09 | JIE MU was at SFO to pick up co-conspirator HCS, who was entering the United States from China. |
| 57 | 6/01/09 | Co-conspirator HCS provided Customs & Border Protection officers with the address of 19608 Pruneridge Road, Cupertino, CA, leased by William Sharon, as the location where she would be staying while in the United States. |
| 58 | 8/18/09 | An outgoing international wire transfer for $1,500.00 was sent to co-conspirator NBH in Singapore from the JPMC account (ending 0442-5) held jointly by ALLEN FONG and YA HUAI HUNG. |
| 59 | 9/08/09 | An outgoing international wire transfer for $2,000.00 was sent to co-conspirator NBH in Singapore from the JPMC account (ending 0442-5) held jointly by ALLEN FONG and YA HUAI HUNG. |
| 60 | 9/22/09 | Co-conspirator HCS was present inside the Enterprise brothel at 19608 Pruneridge Avenue, Apt #8105, Cupertino, CA, leased by William Sharon, during an undercover law enforcement operation. |
| 61 | 10/26/09 | An outgoing international wire transfer for $2,610.00 was sent to LEOW WAN RU VERON in Singapore from the JPMC account (ending 40442-5) held jointly by ALLEN FONG and YA HUAI HUNG. |
| 62 | 12/18/09 | In a recorded telephone conversation on 12/18/09, ALLEN FONG told a prostitute that "tons" of girls were arriving "next month" from "Singapore, Taiwan, and Hong Kong," and that he is "international." |
| 63 | 2/02/10 | An outgoing international wire transfer for $1,800.00 was sent to co-conspirator NBH in Singapore from the JPMC account (ending 0442-5) held jointly by ALLEN FONG and YA HUAI HUNG. |
| 64 | 2/18/10 | An outgoing international wire transfer for $4,500.00 was sent to LEOW WAN RU VERON in Singapore from the JPMC account (ending 0442-5) held jointly by ALLEN FONG and YA HUAI HUNG. |
| 65 | 5/05/10 | LEOW WAN RU VERON entered the United States at SFO from Singapore. |
| 66 | 10/26/10 | An outgoing international wire transfer for $2,500.00 was sent to LEOW WAN RU VERON in Singapore from the JPMC account (ending 0442-5) held jointly by ALLEN FONG and YA HUAI HUNG. |
| 67 | 12/01/10 | Co-conspirator BHS entered the United States from Beijing, China. |
| 68 | 12/01/10 | As part of her entry into the United States, co-conspirator BHS declared |

| | | that she was visiting her friend "Steve Fujimoto," an alias used by ALLEN FONG. |
|---|---|---|
| 69 | 12/01/10 | On her I-94, co-conspirator BHS listed the San Francisco Residence as the location where she would be staying while in the United States. |
| 70 | 1/25/11 | An outgoing international wire transfer for $4,000.00 was sent to LEOW WAN RU VERON in Singapore from the JPMC account (ending 0442-5) held jointly by ALLEN FONG and YA HUAI HUNG. |
| 71 | 6/30/11 | An outgoing international wire transfer for $9,000.00 was sent to LEOW WAN RU VERON in Singapore from the JPMC account (ending 0442-5) held jointly by ALLEN FONG and YA HUAI HUNG. |
| 72 | 10/26/11 | CHONTHICHA JAEMRATANASOPHIN entered the United States from Hong Kong. |
| 73 | 11/16/11 | Beginning on 11/16/11, CHONTHICHA JAEMRATANASOPHIN used 2715 S. Norfolk Street, Apt #111, San Mateo, CA, leased by Alex Chan, as her residential address on her JP Morgan Chase bank statements. |
| 74 | 3/13/12 | Beginning on 3/13/12, CHONTHICHA JAEMRATANASOPHIN used 2759 S. Norfolk Street, Apt #211, San Mateo, CA, leased by ANGELINA CHUONG, as her residential address on her JP Morgan Chase bank statements. |
| 75 | 4/12/12 | Beginning on 4/12/12, CHONTHICHA JAEMRATANASOPHIN used 2401 Erin Place, South San Francisco, CA, leased by Enterprise members, as her residential address on her JP Morgan Chase bank statements. |
| 76 | 10/12/12 | Beginning on 10/12/12, CHONTHICHA JAEMRATANASOPHIN used Allen Fong's residential address in San Mateo, CA, as her residential address on her JP Morgan Chase bank statements. |
| 77 | 1/12/13 | Beginning on 1/12/13, CHONTHICHA JAEMRATANASOPHIN used 2759 S. Norfolk Street, Apt #103, San Mateo, CA, leased by KEVIN HARTIG, as her residential address on her JP Morgan Chase bank statements. |
| 78 | 6/13/13 | Beginning on 6/13/13, CHONTHICHA JAEMRATANASOPHIN used 3 Plaza View Lane, Apt # 309, Foster City, CA, leased by ALLEN FONG, as her residential address on her JP Morgan Chase bank statements. |
| 79 | 11/22/13 | CHONTHICHA JAEMRATANASOPHIN and another prostitute were present inside the Enterprise brothel at 3 Plaza View Lane, Apt # 309, Foster City, CA, leased by ALLEN FONG, during an undercover law enforcement operation. |

All in violation of Title 18, United States Code, Sections 371 & 2421, and Title 8, United States Code, Section 1328.

Indictment                                    41

FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 1963, 2428, and 28 U.S.C. § 2461)

30.    The factual allegations contained in Count One of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture as set forth below.

31.    Upon conviction of the offense alleged in Count One of this Indictment, the defendants,

ALLEN FONG (a/k/a "Steve Nguyen" a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

LAURENCE SHU KWAN LEE,

KEVIN HARTIG,

WAYLEN FONG,

ANGELINA CHUONG, and

CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"),

shall, pursuant to 18 U.S.C. § 1963, forfeit to the United States:

a.    any interest acquired or maintained in violation of section 1962;

b.    any interest in, security of, claim against, or property or contractual right of any kind affording a source of influence over, any enterprise which the defendants established, operated, controlled, conducted, or participated in the conduct of, in violation of section 1962; and

c.    any property constituting, or derived from, any proceeds obtained, directly or indirectly, from racketeering activity or unlawful debt collection in violation of section 1962.

32.    Upon conviction of the offense alleged in Count Two of this Indictment, the defendants,

ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

LEOW WAN RU VERON (a/k/a "Brisa"),

ROBERT CHUN,

JIE MU (a/k/a "Jane"),

Indictment                                42

LAURENCE SHU KWAN LEE, and

YA HUAI HUNG,

shall, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to said offense, or a conspiracy to commit said offense.

33. Upon conviction of any of the offenses alleged in Counts Three through Thirteen of this Indictment, the defendant,

ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

shall, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to said offenses, or a conspiracy to commit said offenses.

34. Upon conviction of the offense alleged in Count Fourteen of this Indictment, the defendants,

ALLEN FONG (a/k/a "Steve Nguyen," a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

YA HUAI HUNG,

WAYLEN FONG,

KEVIN HARTIG,

ROBERT CHUN, and

ANGELINA CHUONG,

shall, pursuant to 18 U.S.C. § 982(a)(1), forfeit to the United States any property, real and personal, involved in said offense, or any property traceable to such property.

35. Upon conviction of any of the offenses alleged in Count Fifteen through Twenty-Three of this Indictment, the defendant,

ALLEN FONG (a/k/a "Steve Nguyen" a/k/a "Steve Fujimoto," a/k/a "John Fujimoto," a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

Indictment                                          43

1    shall, pursuant to 18 U.S.C. § 982(a)(1), forfeit to the United States any property, real and personal,

2    involved in said offenses, or any property traceable to such property.

3        36.      Upon conviction of the offense alleged in Count Twenty-Four of this Indictment, the

4    defendants,

5             ALLEN FONG (a/k/a "Steve Nguyen" a/k/a "Steve Fujimoto," a/k/a "John Fujimoto,"

6             a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

7             YA HUAI HUNG,

8             LEOW WAN RU VERON (a/k/a "Brisa"),

9             CHONTHICHA JAEMRATANASOPHIN (a/k/a "Nana"), and

10           JIE MU (a/k/a "Jane"),

11    shall, pursuant to 18 U.S.C. § 982(a)(1), forfeit to the United States any property, real and personal,

12    involved in said offense, or any property traceable to such property.

13        37.      Upon conviction of any of the offenses alleged in Counts Twenty-Five through Thirty-

14    One of this Indictment, the defendants,

15             ALLEN FONG (a/k/a "Steve Nguyen" a/k/a "Steve Fujimoto," a/k/a "John Fujimoto,"

16             a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

17             YA HUAI HUNG, and

18             LEOW WAN RU VERON (a/k/a "Brisa"),

19    shall, pursuant to 18 U.S.C. § 982(a)(1), forfeit to the United States any property, real and personal,

20    involved in said offenses, or any property traceable to such property.

21        38.      Upon conviction of the offense alleged in Count Thirty-Two, the defendants,

22             ALLEN FONG (a/k/a "Steve Nguyen" a/k/a "Steve Fujimoto," a/k/a "John Fujimoto,"

23             a/k/a "David Lee," a/k/a "May Lee," a/k/a "Sakura Susa," a/k/a "Jeff Law," and a/k/a "Jeff Woo"),

24             YA HUAI HUNG,

25             LEOW WAN RU VERON (a/k/a "Brisa"), and

26            JIE MU (a/k/a "Jane"),

27    shall, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), forfeit to the United States any

28    property, real or personal, which constitutes or is derived from proceeds traceable to a violation of said

Indictment                         44

1 | offense, or a conspiracy to commit said offense; and shall, pursuant to 18 U.S.C. §2428 forfeit to the

2 | United States any property, real or personal, that was used or intended to be used to commit or to

3 | facilitate the commission of such violation; and any property, real or personal, constituting or derived

4 | from any proceeds that such person obtained, directly or indirectly, as the result of such violation.

5 |       39.    If, as a result of any act or omission of the defendants, any of the property subject to

6 |       forfeiture

7 |       a.    cannot be located upon the exercise of due diligence;

8 |       b.    has been transferred or sold to or deposited with, a third person;

9 |       c.    has been placed beyond the jurisdiction of the Court;

10 |       d.    has been substantially diminished in value; or

11 |       e.    has been commingled with other property which cannot be divided without difficulty;

12 | any and all interest defendants have in any other property (up to the value of the property subject to

13 | forfeiture), shall be forfeited to the United States pursuant to 18 U.S.C. § 1963(m) and 21 U.S.C.

14 | § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

15 |       All in violation of 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 1963, 2428; 21 U.S.C. § 853; 28 U.S.C

16 | § 2461(c); and Rule 32.2 of the Federal Rules of Criminal Procedure.

17 |

18 | DATED: October 16, 2014               A TRUE BILL.

19 |                                         *Nancy J. Peterson*

20 |                                      FOREPERSON

21 |

22 | MELINDA HAAG
United States Attorney

23 |

24 | J. DOUGLAS WILSON
Chief, Criminal Division

25 |

26 | (Approved as to form: _____DCD_____ )
                  Deborah R. Douglas

27 |                   Assistant United States Attorney

28 |

Indictment                   45