SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannnon.com

Attorneys for Defendant
CHONTHICHA JAEMRATANASOPHIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHONTHICHA JAEMRATANASOPHIN,<br><br>    Defendant. | No. CR 14-0527-10 RS (LB)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

On November 20, 2014, after several hearings, this Court, over the government's objections, released Chonthicha Jaemratanasophin from custody on various conditions, including that she reside at the San Francisco Asian Women's Shelter and that Shelter advocates accompany Ms. Jaemratanosophin at all times when she is away from the shelter. This Court designated Elizabeth Kirton, director of the Shelter, as her custodian, and later designated and Jee Suthamwanthanee, the Shelter's program coordinator, as an additional custodian. Ms. Jaemratanasophin continues to reside in the Asian Women's Shelter and continues to be supervised by Pretrial Services.

On October 8, 2015, the parties appeared before this Court to address Ms. Jaemratanasophin's request to modify her conditions of Pretrial Release to allow Ms. Jaemratanasophin to be away from the Shelter for four hours per day unsupervised to attend to personal matters, including attending any classes or courses.   Over the government's objection, the Court granted Ms. Jaemratanasophin's request.

Jee Suthamwanthanee advised Pretrial Services that Ms. Jaemratanasophin has enrolled in English as a second language class at CCSF at their Mission Campus.  To attend that course, Ms. Jaemratanasophin must take two buses each way.  Jee Suthamwanthanee stated that assuming the buses run on time, the four hours allotted by the Court is not sufficient to allow her to attend the one hour and 40 minute class and get to and from the Shelter.  Ms. Suthamwanthanee further observed the four-hour limit precludes Ms. Jaemratanasophin from talking with the teacher or other students if she has questions.

The United States of America, by and through its attorney of record, and defendant Chonthicha Jaemratanasophin, by and through her attorney of record, hereby stipulate that the defendant's conditions of pretrial release may be modified to increase the number of hours she may be away from her place of residence from 4 hours to 5 hours.

While counsel for the government has agreed to this Stipulation in light of the prior rulings by this Court, counsel for the government wishes to reiterate her opposition to Ms. Jaemratanasophin being out of custody.

//

//

Pretrial Services Officer Katrina Chu stated she has no objection to the proposed increase in the number of hours that Ms. Jaemratanasophin may be away from her residence.

IT IS SO STIPULATED.

DATED: December 2, 2015

\_\_\_\_/s/_____
Deborah R. Douglas
Assistant United States Attorney

DATED: December 2, 2015

_____/s/_____
Scott A. Sugarman
Attorney for CHONTHICHA JAEMRATANASOPHIN

SO ORDERED.

DATED: December 3, 2015

_____
UNITED STATES MAGISTRATE JUDGE