BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR 14-527 RS |
| v. | ) |
| ALLEN FONG, | ) UNITED STATES' SUPPLEMENTAL STATUS |
| YA HUAI HUNG, | ) REPORT TO CORRECT ERROR ON STATUS |
| ROBERT CHUN, | ) REPORT FILED ON MAY 24, 2016 |
| JIE MU, | ) |
| LAURENCE SHU KWAN LEE, | ) |
| KEVIN HARTIG, | ) |
| WAYLEN FONG, | ) |
| ANGELINA CHUONG, and | ) |
| CHONTHICHA JAEMRATANASOPHIN, | ) |
| Defendants. | ) |

    On May 24, 2016, the United States filed a report advising this court of the status of this case. In its report, the government erroneously stated that the CD containing the government's financial analysis, as set forth in numerous charts, was forwarded to each of the defense lawyers on May 1, 2016. That CD with a cover letter was actually mailed to each defense lawyer on April 1, 2016, not May 1, 2016.  In preparing the status report yesterday, I looked at a cover letter that I had apparently accessed

United States' Supplemental Status Report      1
CR 14-527 RS

1  and printed on May 1, 2016.  In the process of accessing that letter on May 1, 2016, the "April 1, 2016"
2  date on the letter was automatically changed to "May 1, 2016" by a computer default feature.

4  DATED: May 25, 2016                                  Respectfully submitted,

5                                                                          BRIAN J. STRETCH
                                                                            Acting United States Attorney

7                                                                          _____/s/_____
                                                                            DEBORAH R. DOUGLAS
                                                                            Assistant United States Attorney

United States' Supplemental Status Report          2
CR 14-527 RS