1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney

2

3   DAVID R. CALLAWAY (CABN 121782)
    Chief, Criminal Division

4   DEBORAH R. DOUGLAS (NYBN 2099372)
    Assistant United States Attorney

5

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California  94102

7        Telephone: (415) 436-7200
         Facsimile: (415) 436-7234

8        E-Mail: deborah.r.douglas@usdoj.gov

9   Attorneys for the United States of America

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA              )   CR 14-527 RS
                                          )
14              v.                        )
                                          )   STIPULATION AND [~~PROPOSED~~] ORDER FOR
15  ALLEN FONG,                           )   A CONTINUANCE AND EXCLUSION OF TIME
    YA HUAI HUNG,                         )   UNDER THE SPEEDY TRIAL ACT, 18 U.S.C.
16  JIE MU,                               )   § 3161 ET. SEQ
    LAURENCE SHU KWAN LEE,                )
17  KEVIN HARTIG,                         )
    WAYLEN FONG,                          )
18  ANGELINA CHUONG, and                  )
    CHONTHICHA JAEMRATANASOPHIN,          )
19                                        )
                Defendants.               )
20                                        )
                                          )
21  _____)

22        The United States of America, by and through its attorney of record, and the above-captioned

23  defendants ("defendants"), by and through their respective attorneys of record, hereby stipulate as

24  follows:

25        1.      For the reasons stated in open court on May 24, 2016, the Court continued the above-

26  captioned matters to July 26, 2016 at 2:30 p.m. and excluded time under the Speedy Trial Act from May

27

28

1 | 24, 2016 through July 26, 2016 based upon effective preparation of counsel under 18 U.S.C.
2 | §§3161(h)(7)(A) and (B)(iv).

3 |      2.    The parties stipulate and agree that this matter should be continued to July 26, 2016 at
4 | 2:30 p.m., and that the failure to grant such a continuance would unreasonably deny the defendants the
5 | reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
6 | The parties further stipulate and agree that the time from May 24, 2016 through July 26, 2016 should be
7 | excluded based upon the complexity of the case in accordance with the provisions of the Speedy Trial
8 | Act, 18 U.S.C. § 3161(h)(7)(B)(ii), and on the basis that the ends of justice are served by taking such
9 | action which outweigh the best interest of the public and the defendants in a speedy trial and for
10 | effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C.
11 | § 3161(h)(7)(A) and (B)(iv).

12 |

13 | DATED: May 25, 2016                 Respectfully submitted,

14 |
15 |                        BRIAN J. STRETCH
                       United States Attorney
16 |                        /s/
                       DEBORAH R. DOUGLAS
17 |                        Assistant United States Attorney

18 |                        /s/
                       GALIA AMRAM, Esq.
19 |                        Attorney for Defendant Allen Fong

20 |                        /s/
                       ROBERT WAGGENER & RICHARD
21 |                        HULLINGER, Esqs.
                       Attorney for Defendant Ya Huai Hung

22 |                        /s/
                       MARK GOLDROSEN, Esq.
23 |                        Attorney for Defendant Jie Mu

24 |                        /s/
                       ALAN DRESSLER, Esq.
25 |                        Attorney for Defendant Laurence Shu
                       Kwan Lee

26 |
27 |
28 |

1

2

                                          _____/s/_____
                                          SETH CHAZIN, Esq.
                                          Attorney for Defendant Kevin Hartig

3

4

                                          _____/s/_____
                                          GILBERT EISENBERG, Esq.
                                          Attorney for Defendant Waylen Fong

5

6

                                          _____/s/_____
                                          ALEXANDRA McCLURE, Esq.
                                          Attorney for Defendant Angelina Chuong

7

8

9

                                          _____/s/_____
                                          SCOTT SUGARMAN, Esq.
                                          Attorney for Defendant Chonthicha
                                          Jaemratanasophin

10

11

                                          ORDER

12          Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that

13  the above-captioned matters shall be continued to July 26, 2016 at 2:30 p.m. and that the time from May

14  24, 2016 through July 26, 2016 shall be excluded in accordance with the provisions of the Speedy Trial

15  Act, 18 U.S.C. §§ 3161(h)(7)(B)(ii), and 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that

16  (A) the above-captioned matters are complex based upon the nature of the prosecution; (B) failure to

17  grant the continuance would unreasonably deny the defendants the reasonable time necessary for

18  effective preparation, taking into account the exercise of due diligence; and (C) the ends of justice

19  served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.

20  **IT IS SO ORDERED.**

21  DATED: May 25, 2016

22                                          _____
                                          HONORABLE RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stipulation and Order                     3
CR 14-527 RS